UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : October 9, 2003 |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER OF THE CONTINUED DEPOSITION OF THE PLAINTIFF

Pursuant to Fed. R. Civil Pro. 26(c), the plaintiff files the present Motion for Protective Order to prevent the continued deposition of the plaintiff.

The plaintiff moves the Court for an order preventing the continued deposition of the plaintiff. This motion is made on the basis that defendants' counsel was subjecting the plaintiff to manufactured documents as exhibits in order to harass and embarrass the plaintiff at his deposition.

This motion is based on this Motion, the memorandum in support hereof and all other papers and argument the Court shall entertain in connection with the submission of this motion.

THE PLAINTIFF
MICHAEL FAGO

By: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Ave.
West Hartford, CT 06119
(860) 523-4055
Federal Bar # ct 23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this October 9, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106


Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Erin I. O'Neil