UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. <br> 3:02-cv-1189 (AHN) |
| vs. | : <br> : <br> : | |
| CITY OF HARTFORD, et al. <br> Defendants. | : <br> : | October 10, 2003 |

### DEFENDANTS CITY OF HARTFORD AND BRUCE P. MARQUIS' SECOND MOTION FOR EXTENSION OF TIME TO OBJECT/RESPOND TO DISCOVERY

The defendants **City of Hartford** (the "City") and **Chief of Police Bruce P. Marquis** (together "the defendants") respectfully request an extension of time of **three (3) days** up to and including **October 17, 2003**, within which to object and/or respond to plaintiff's First Set of Interrogatories and Request for Production. In support of this motion, the defendants respectfully states as follows:

1. On August 14, 2003 the plaintiff served his First Set of Interrogatories and Request for Production on the defendants.

2. Later, the defendants requested and the Court granted an extension of time up to October 14, 2003 for them to object/respond to plaintiff's discovery requests.

**ORAL ARGUMENT NOT REQUESTED**

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

[Handwritten margin notations: "#53"; "GRANTED 10/16/2003" signed ALAN H. NEVAS, U.S.D.J.]