FILED

2003 OCT 30 P 12: 23

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02-cv-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al.<br>Defendants. | : | October 29, 2003 |

### DEFENDANTS' MOTION FOR EXTENSION
### OF TIME TO OBJECT/RESPOND TO DISCOVERY

The defendants Mark Rudewicz, Stephen Miele, Joseph Buyak, Mark Pawlina and Kevin Jones respectfully request an extension of time of thirty (30) days up to and including **December 1, 2003**, within which to object and/or respond to plaintiff's First Set of Interrogatories and Request for Production. In support of this motion, the defendants respectfully states as follows:

1.   On October 1, 2003 the plaintiff served his First Set of Interrogatories and Request for Production on the above named defendants.

2.   Because plaintiff's discovery requests are extensive, the above named defendants will require an additional thirty (30) days to research the requests and properly respond.

**ORAL ARGUMENT NOT REQUESTED**

3. Responses to plaintiff's discovery requests are currently due on October 31, 2003.

4. This is the above named defendants' first such request for an extension of time with respect to plaintiff's First Set of Interrogatories and Requests for Production.

5. The undersigned has attempted to determine whether plaintiff's counsel, Erin O'Neil, takes a position with respect to this request but has not heard back from her.

WHEREFORE, for all the forgoing reasons, the above named defendants respectfully request that their motion be granted.

> DEFENDANTS,
> MARK RUDEWICZ, STEPHEN MIELE,
> JOSEPH BUYAK, MARK PAWLINA and
> KEVIN JONES
>
> By /s/ Charles L. Howard
> Charles L. Howard
> Federal Bar No. CT 05366
> Gregg P. Goumas
> Federal Bar No. CT 19095
> Shipman & Goodwin LLP
> One American Row
> Hartford, CT 06103-2819
> Tel: (860) 251-5000
> Fax: (860) 251-5699
> Their Attorneys

2

Kainen, Escalera & McHale, P.C.

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. Mail, postage prepaid, this 29th day of October, 2003, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
818 Farmington Avenue
West Hartford, CT 06120

_____
Gregg P. Goumas

352148 v.01 S1

3

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385