02CV1189 motextime

FILED

2003 NOV -3 P 12: 44

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
|         Plaintiff, | : | 3:02CV1189 (AHN) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL. | : | |
|         Defendants. | : | OCTOBER 31, 2003 |
| | : | |

### MOTION FOR EXTENSION OF TIME REGARDING DEFENDANT MCCLURE'S OBJECTIONS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Nancy McClure, moves for a 30 day extension of time in which to object or respond to plaintiff's interrogatories and requests for production. On October 6, 2003, counsel for defendant McClure received plaintiff's interrogatories and requests for production directed to defendant McClure. Since that time, counsel for defendant McClure has been on trial and has been otherwise unavailable to meet with defendant McClure in order to answer such interrogatories and requests for production. Additional time is necessary to complete this process. This is the first motion for extension of time with respect to these interrogatories and requests for production. The undersigned has contacted plaintiff's counsel, Erin O'Neil, who has no objection to the granting of this motion.

DEFENDANT,
NANCY MCCLURE

By *(signature)*
Joseph W. McQuade, ct12121
jmcquade@kemlaw.com
Jennifer Lian Dixon, ct15914
jdixon@kemlaw.com
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
Their Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Motion for Extension of Time was sent via first class U.S. mail on this the 31st day of October, 2003 to:

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade

11654