UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO : ~~CIVIL ACTION NO.~~ 2003 NOV -4 R 12: 03

  PLAINTIFF, : ~~NO. 3:02cv1189(AHN)~~ US DISTRICT COURT BRIDGEPORT CT

VS. :

CITY OF HARTFORD; ET AL., :

  DEFENDANTS. : October 31, 2003

## MOTION FOR CONTINUANCE OF DISCOVERY CALENDAR

On October 23, 2003, the Plaintiff received notice of an upcoming discovery calendar for November 12, 2003. The plaintiff respectfully requests that this discovery calendar be postponed. Plaintiff's attorney is scheduled to begin jury selection in the case **Rivera v. Bailey, et. al. 3:89cv1429(RNC)** on November 12, 2003. The trial is expected to last for two weeks. The plaintiff respectfully requests a continuance of the settlement conference to late December or early January.

PLAINTIFF,

BY:
Erin I. O'Neil, Esq.
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this October 31, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Erin I. O'Neil, Esq.