**FILED**

2003 OCT 30 P 12: 23

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | October 29, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OBJECT/RESPOND TO DISCOVERY

The defendants Mark Rudewicz, Stephen Miele, Joseph Buyak, Mark Pawlina and Kevin Jones respectfully request an extension of time of thirty (30) days up to and including **December 1, 2003**, within which to object and/or respond to plaintiff's First Set of Interrogatories and Request for Production. In support of this motion, the defendants respectfully states as follows:

1. On October 1, 2003 the plaintiff served his First Set of Interrogatories and Request for Production on the above named defendants.

2. Because plaintiff's discovery requests are extensive, the above named defendants will require an additional thirty (30) days to research the requests and properly respond.

**ORAL ARGUMENT NOT REQUESTED**

*[Handwritten annotation in left margin: "11/3, 20 03 GRANTED SO ORDERED — ALAN H. NEVAS, U.S.D.J."]*

*[Stamp: FILED 2003 NOV -5 A 09 US DISTRICT COURT BRIDGEPORT CT]*



**SHIPMAN & GOODWIN** LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385