```
                                            FILED

                                         2003 NOV -5  P 2: 47

                                            US DISTRICT COURT
                 UNITED STATES DISTRICT COURT BRIDGEPORT CT
                          DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | November 4, 2003 |

### DEFENDANTS' MOTION TO EXTEND
### DATE TO DISCLOSE EXPERT WITNESSES

The defendants, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and the City of Hartford, respectfully request an extension of time up to and including **November 19, 2003** to disclose expert witnesses in this matter. In support of this motion, the defendants state as follows:

1. The current scheduling order calls for all discovery to be completed by November 30, 2003.

2. The plaintiff has submitted to a mental examination pursuant to Fed. R. Civ. P. 35 with Peter Zeman, MD. Dr. Zeman completed his examination on October 27, 2003. However, due to Dr. Zeman's schedule, he will be unable to complete his report by November 7, 2003, the current expert disclosure date.

**TESTIMONY NOT REQUIRED**
**ORAL ARGUMENT NOT REQUESTED**

3.  The defendants may wish to disclose Dr. Zeman as an expert witness and therefore request an additional twelve (12) days, up to and including **November 19, 2003**, to disclose expert reports.

4.  Defendants' counsel, Gregg Goumas, has contacted Attorney Erin O'Neil, counsel for the plaintiff, to ascertain whether she takes a position with respect to this request but she has not responded.

WHEREFORE, the defendants respectfully request that their Motion be granted.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By /s/ Charles L. Howard
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5699
Their Attorneys

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Time to Disclose Expert Witnesses was sent by U.S. Mail, postage prepaid, this 4th day of November 2003, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06120

_____
Gregg P. Goumas

357076 v.01 S1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385