**UNITED STATES DISTRICT COURT** FILED
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : USDC 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : October 31, 2003 |

## MOTION FOR CONTINUANCE OF DISCOVERY CALENDAR

On October 23, 2003, the Plaintiff received notice of an upcoming discovery calendar for November 12, 2003. The plaintiff respectfully requests that this discovery calendar be postponed. Plaintiff's attorney is scheduled to begin jury selection in the case **Rivera v. Bailey, et. al. 3:89cv1429(RNC)** on November 12, 2003. The trial is expected to last for two weeks. The plaintiff respectfully requests a continuance of the settlement conference to late December or early January.

PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073