02CV1189 motext time

FILED

2003 NOV -3 P 12:44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1189 (AHN) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| Defendants. | : | OCTOBER 31, 2003 |
| | : | |

### MOTION FOR EXTENSION OF TIME REGARDING DEFENDANT MCCLURE'S OBJECTIONS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Nancy McClure, moves for a 30 day extension of time in which to object or respond to plaintiff's interrogatories and requests for production. On October 6, 2003, counsel for defendant McClure received plaintiff's interrogatories and requests for production directed to defendant McClure. Since that time, counsel for defendant McClure has been on trial and has been otherwise unavailable to meet with defendant McClure in order to answer such interrogatories and requests for production. Additional time is necessary to complete this process. This is the first motion for extension of time with respect to these interrogatories and requests for production. The undersigned has contacted plaintiff's counsel, Erin O'Neil, who has no objection to the granting of this motion.

11/10/03. GRANTED. SO ORDERED

ALAN H. NEVAS, U.S.D.J.