02cv1189 motext

64

FILED

2003 NOV -5 P 2:47

US DISTRICT COURT
BRIDGEPORT CT

FILED 2003 NOV 13 A 8:48 US DISTRICT COURT BRIDGEPORT CT

GRANTED
SO ORDERED ALAN H. NEVAS, U.S.D.J.
11/12/2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, Plaintiff, | : | CIVIL ACTION NO. 3:02-cv-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al. Defendants. | : | November 4, 2003 |

**DEFENDANTS' MOTION TO EXTEND**
**DATE TO DISCLOSE EXPERT WITNESSES**

The defendants, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and the City of Hartford, respectfully request an extension of time up to and including **November 19, 2003** to disclose expert witnesses in this matter. In support of this motion, the defendants state as follows:

1. The current scheduling order calls for all discovery to be completed by November 30, 2003.

2. The plaintiff has submitted to a mental examination pursuant to Fed. R. Civ. P. 35 with Peter Zeman, MD. Dr. Zeman completed his examination on October 27, 2003. However, due to Dr. Zeman's schedule, he will be unable to complete his report by November 7, 2003, the current expert disclosure date.

**TESTIMONY NOT REQUIRED**
**ORAL ARGUMENT NOT REQUESTED**