# United States District Court
## District of Connecticut

FILED

Michael J. Fago,
*Plaintiff*

2003 NOV 25  P 12: 23

v.   Case No. 3:02cv1189(AHN)

US DISTRICT
BRIDGEPORT

City of Hartford, *et al.*
*Defendant*s

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

_X_ A ruling on the following motions which are currently pending: (orefm.)

Plaintiff's Motion for Protective Order

___ A settlement conference (orefmisc./cnf.)

___ A conference to discuss the following: (orefmisc./cnf.)

___ Other: (orefmisc./misc)

SO ORDERED this __24th__ day of __November__, __2003__ at Bridgeport, Connecticut.

_____
Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE