UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | November 26, 2003 |

## DEFENDANTS' SECOND MOTION FOR
## EXTENSION OF TIME TO OBJECT/RESPOND TO DISCOVERY

The defendants Mark Rudewicz, Stephen Miele, Joseph Buyak, Mark Pawlina, and Kevin Jones respectfully request an extension of time of thirty (30) days up to and including **December 31, 2003**, within which to object and/or respond to plaintiff's First Set of Interrogatories and Request for Production. In support of this motion, the defendants respectfully state as follows:

1. On October 1, 2003, the plaintiff served his First Set of Interrogatories and Request for Production on the above named defendants.

2. Because plaintiff's discovery requests are extensive, the defendants identified above will require an additional thirty (30) days to research the requests and properly respond.

3. Counsel for the defendants identified above are also involved in three consolidated cases before the Court—Russo v. City of Hartford, No. 3:97CV2380, Russo v.

**ORAL ARGUMENT NOT REQUESTED**

Bailey, et al., No 3:00CV, and Russo v. Marquis, et al., No. 3:00CV2382—and are currently preparing motions for summary judgment in each of these cases.

4. The Responses to plaintiff's discovery requests are currently due on December 1, 2003.

5. The undersigned has twice attempted to determine whether plaintiff's counsel takes a position with respect to this request, but Attorneys Brewer and O'Neil have not replied.

WHEREFORE, for all the forgoing reasons, the above named defendants respectfully request that their motion be granted.

            DEFENDANTS,
            MARK RUDEWICZ, STEPHEN MIELE,
            JOSEPH BUYAK, MARK PAWLINA and
            KEVIN JONES

By _____
    Charles L. Howard
    Federal Bar No. CT 05366
    Gregg P. Goumas
    Federal Bar No. CT 19095
    Derek L. Mogck
    Federal Bar No. CT 23688
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    Tel: (860) 251-5000
    Fax: (860) 251-5699
    Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. Mail, postage prepaid, this 26th day of November, 2003, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

_____
Derek L. Mogck

359018 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385