FILED

2003 DEC -5  P 12: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02CV1189 (AHN) |
| vs. | |
| CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>    Defendants. | DECEMBER 4, 2003 |

## APPEARANCE

Please enter the appearance of Charles L. Howard, in addition to those already on record, as attorney for the subpoenaed (nonparty) deponent Hartford Police Captain Robert Carlson in the above-captioned matter.

Dated at Hartford, Connecticut, this 4th day of December 2003.

NONPARTY
ROBERT CARLSON


By _____
Charles L. Howard
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Federal Bar no. ct05366
Tel.: (860) 251-5000
Fax: (860) 251-5599
dmogck@goodwin.com
His Attorneys

2

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Appearance was mailed via first class mail, postage prepaid on this 4th day of December, 2003, as follows:

James S. Brewer, Esq.
Erin O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

                                                  Charles L. Howard

359617 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385