UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>Plaintiff, | :<br>:    CIVIL ACTION NO.<br>:    3:02CV1189 (AHN) |
| vs. | : |
| CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    DECEMBER 3, 2003 |

## APPEARANCE

Please enter the appearance of Derek L. Mogck as attorney for the subpoenaed (nonparty) deponent Hartford Police Captain Robert Carlson in the above-captioned matter.

Dated at Hartford, Connecticut, this 3rd day of December 2003.

NONPARTY
ROBERT CARLSON


By _____
Derek L. Mogck
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Federal Bar no. ct23688
Tel.: (860) 251-5000
Fax: (860) 251-5599
dmogck@goodwin.com
His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed via first class mail, postage prepaid, and sent by facsimile on this 3rd day of December, 2003, as follows:

James S. Brewer, Esq.
Erin O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

_____
Derek L. Mogck

359449 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385