UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>    Defendants. | CIVIL ACTION NO.<br>3:02CV1189 (AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 3, 2003 |

## NONPARTY ROBERT CARLSON'S COMBINED OBJECTION TO AND MOTION TO QUASH PLAINTIFF'S NOVEMBER 29, 2003 SUBPOENAS AD TESTIFICANDUM AND DUCES TECUM

Pursuant to Federal Rules of Civil Procedure 45(a)(1)(D), 45(a)(3), and 45(c)(3)(A), nonparty Hartford Police Captain Robert Carlson hereby respectfully objects to and moves to quash the combined subpoena <u>ad testificandum</u> and <u>duces tecum</u> issued by plaintiff's counsel dated November 29, 2003 ("November 29 Subpoena"), attached at Tab A, commanding him to appear and produce documents on

December 4, 2003. Captain Carlson bases his objection and motion on the following grounds.

First, the November 29 Subpoena is invalid. Federal Rule of Civil Procedure 45(a)(1)(D) requires subpoenas to "set forth the text of subdivisions (c) and (d) of this rule." Fed. R. Civ. P. 45(a)(1)(D). The November 29 Subpoena does not include the text of these provisions. See Tab A. Further, Federal Rule of Civil Procedure 45(a)(3) requires that the party issuing a subpoena "shall complete [a subpoena issued by the court] before service. An attorney as officer of the court may also issue and sign a subpoena." Fed. R. Civ. P. 45(a)(3). The November 29 Subpoena is unsigned. See Tab A. The subpoena is therefore invalid.

Second, the Court should quash the November 29 Subpoena because it does not allow for a reasonable time for compliance. Federal Rule of Civil Procedure 45(c)(3)(A)(i) provides that "the court by which a subpoena was issued shall quash or modify the subpoena if it [] fails to allow reasonable time for compliance." Fed. R. Civ. P. 45(c)(3)(A)(i). Similarly, Federal Rule of Civil Procedure 45(c)(3)(A)(iv) requires a court to quash a subpoena that "subjects a person to undue burden." Fed. R. Civ. P. 45(c)(3)(A)(iv). The November 29 Subpoena, although purportedly issued on November 29, 2003, was only sent by facsimile to the Hartford Police Department at 3:59 p.m. on December 2, 2003—approximately one business day before it commands Captain Carlson to appear and produce "all documents, files and records regarding the above case and all documents, files and records relating to Michael Fago." Tab A. This

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

facsimile was not sent to Captain Carlson directly, but was instead sent to Sergeant Maglierri in care of Sergeant Ortiz. Id. In fact, Captain Carlson did not receive the November 29 Subpoena until the morning of December 3, 2003. (R. Carlson Aff. ¶ 5, attached at Tab B.) Even assuming that delivery by facsimile to an agent of service is proper, the gap between the purported date of issuance and the November 29 Subpoena's delivery date creates an unreasonable time in which to comply. Here, the subpoena effectively commands Captain Carlson to collect every Hartford Police Department document concerning the plaintiff and his lawsuit is less than one day. See Tab A. For the same reason, this demand is also an undue burden. The Court should therefore quash the November 29 Subpoena.

WHEREFORE, nonparty Robert Carlson respectfully objects to the November 29 Subpoena and moves the Court to quash the same.

>                               NONPARTY,
>                               ROBERT CARLSON
>
>                               By: _____
>                               Derek L. Mogck
>                               Federal Bar No. CT 23688
>                               Shipman & Goodwin LLP
>                               One American Row
>                               Hartford, CT 06103-2819
>                               Tel: (860) 251-5000
>                               Fax: (860) 251-5599

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>ad</u> <u>testificandum</u> and <u>duces</u> <u>tecum</u> was mailed via first class mail, postage prepaid, and sent by facsimile on this 3rd day of December, 2003, as follows:

James S. Brewer, Esq.
Erin O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

_____
Derek L. Mogck

359437 v.01 S1

# BREWER & O'NEIL, LLC

818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fax: (860) 233-4215

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| Date: | December 2, 2003 |
| To: | Sgt. Maglierri, c/o Sgt. Luis Ortiz |
| Fax: | 860-722-6123 |
| Re: | Fago vs. City of Hartford |
| Sender | Lexa Morales    (Legal Secretary) |

*YOU SHOULD RECEIVE 4 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (860) 523-4055.*

**CONFIDENTIALITY NOTICE:** The documents accompanying this facsimile transmission may contain confidential or privileged information from the law firm of Brewer & O'Neil LLC.. This information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | NOVEMBER 29, 2003 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Thursday, December 4, 2003, at 10:00 a.m., at the Law Office of Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, Connecticut, the undersigned will take the deposition of, **Robert Carlson**, to be used in the trial of this matter before A+ Reporting, or such other duly authorized reporter. You are invited to attend and to cross examine.

PLAINTIFF,

BY /s/ James S Brewer
James S Brewer
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fed. ct# 23073

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| Michael Fago, | |
|---|---|
| Plaintiff | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| City of Hartford, et al., | CASE NUMBER: |
| Defendants | NO. 3:02CV1189(AHN) |

TO: Robert Carlson
Hartford Police Department
50 Jennings Road
Hartford, CT 06106

☐ YOU ARE COMMANDED to appear in the United States Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURT ROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT 06119 | December 4, 2003<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

ALL DOCUMENTS, FILES AND RECORDS REGARDING THE ABOVE CASE AND ALL DOCUMENTS, FILES AND RECORDS RELATING TO MICHAEL FAGO.

| PLACE | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT | December 4, 2003<br>10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officer, directors, or managing, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT | DATE |
|---|---|
| Attorney for Plaintiff | 11/29/03 |

| ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER |
|---|
| JAMES S. BREWER    818 Farmington Avenue    West Hartford, CT 06119    (860) 523-4055 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, November 29, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

A+ Reporting Services
P.O. Box 831
Wallingford, CT 06492

James S Brewer

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>Defendants. | CIVIL ACTION NO.<br>3:02CV1189 (AHN)<br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 3, 2003 |

## AFFIDAVIT OF ROBERT E. CARLSON, JR.

I, Robert E. Carlson, Jr., state under oath as follows:

1. I am a Captain with the Hartford Police Department ("HPD") and serve as the Commander of its Human Resources Bureau. I am not a party to this lawsuit. I have prepared this affidavit in connection with the accompanying Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>ad testificandum</u> and <u>duces tecum</u>.

2.      On the afternoon of Monday, December 1, 2003, Hartford Police Detective Wiebusch told me that I would soon be receiving a subpoena concerning this lawsuit.

3.      On both Monday, December 1 and Tuesday, December 2, 2003, I checked with the police officers at the HPD's front desk, where subpoenas are usually delivered. There was no such subpoena at the front desk, and I did not otherwise receive a subpoena, on either date.

4.      On the morning of Wednesday, December 3, 2003, Lieutenant David Kenary told me that there was a subpoena for me in the HPD's Patrol Commanders' office.

5.      In the Patrol Commanders' office I found a facsimile from the office of plaintiff's counsel addressed to "Sgt. Maglierri c/o Sgt. Luis Ortiz." This facsimile, a copy of which is attached at Tab A to the accompanying Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>ad testificandum</u> and <u>duces tecum</u>, contained a one-page cover sheet from the office of plaintiff's counsel and the subpoena commanding me to appear at a December 4, 2003 deposition. Although this facsimile was apparently sent at 3:59 p.m. on December 2, 2003, <u>see</u> Tab A, I saw it for the first time on the morning of December 3, 2003.

2

**SHIPMAN & GOODWIN** LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

*/s/ Robt E. Carlson*
Robert E. Carlson, Jr.

STATE OF CONNECTICUT )
                     ) ss.
COUNTY OF HARTFORD   )

    Personally appeared Robert E. Carlson, Jr., signer and sealer of the foregoing instrument, and swore to the truth of the same, before me, this 3rd day of December, 2003.

*/s/*
Commissioner of the Superior Court/
~~Notary Public~~
~~My Commission Expires:~~

359437 v.01 S2

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385