UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>Defendants. | CIVIL ACTION NO.<br>3:02CV1189 (AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 3, 2003 |

**DEFENDANTS' COMBINED OBJECTION
TO AND MOTION TO QUASH PLAINTIFF'S
NOVEMBER 29, 2003 SUBPOENAS <u>AD TESTIFICANDUM</u>
AND <u>DUCES TECUM</u> TO NONPARTY WITNESS ROBERT CARLSON**

Pursuant to Federal Rules of Civil Procedure 45(a)(1)(D), 45(b)(1), and 45(c)(3)(A), the defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele ("Defendants") hereby respectfully object to and move to quash the combined subpoena <u>ad testificandum</u> and <u>duces tecum</u> issued by plaintiff's counsel dated November 29, 2003 ("November 29

Subpoena"), attached at Tab A, to nonparty Hartford Police Captain Robert Carlson. The Defendants base their objection and motion on the following grounds.

First, the November 29 Subpoena is invalid. Federal Rule of Civil Procedure 45(a)(1)(D) requires subpoenas to "set forth the text of subdivisions (c) and (d) of this rule." Fed. R. Civ. P. 45(a)(1)(D). The November 29, 2003 Subpoena does not include the text of these provisions. See Tab A. The subpoena is therefore invalid.

Second, the November 29 Subpoena was improperly served. Federal Rule of Civil Procedure 45(b)(1) requires the party issuing a subpoena to give prior notice to each party. Fed. R. Civ. P. 45(b)(1). Courts within the Second Circuit have interpreted this provision to require notice to other parties before the issuance of the subpoena. See 9A C. Wright & A. Miller, Federal Practice & Procedure: Civil 2d § 2454 n.22 (1994 & Supp. 2003). The November 29 Subpoena commands Captain Carlson to appear and produce documents at a December 4, 2003 deposition.[1] See Tab A. As described in the Affidavit of Derek Mogck, attached at Tab B, the Defendants' counsel only received a copy of the November 29 Subpoena on December 2, 2003—three days after it was purportedly issued and only two days before the proposed deposition. Tab B ¶ 5. This notice was particularly inadequate because the Defendants' principal counsel,

---

[1] Although the November 29 Subpoena commands Captain Carlson to produce "[a]ll documents, reports, files, and any other information associated with the misuse or misappropriation of Hartford Police Benevolent Association funds" on September 10, 2003 at 10:00 a.m., Tab A, the Defendants understand this command to require production on December 4, 2003.

2

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Charles Howard and Gregg Goumas, are either out of town or otherwise unable to attend the December 4 deposition. In particular, Attorney Howard is out of the office between December 1 and 3 and scheduled to attend a meeting at the American Arbitration Association between 9:00 a.m. and 12:00 p.m. on December 4. Id. at ¶ 3. Attorney Goumas is out of the office until Monday, December 8, 2003. Id. at ¶ 4. Defendants' principal counsel therefore had no notice and are unable to attend the December 4, 2003 deposition.[2]

Third, the Defendants both object to and ask the Court to quash the November 29 Subpoena in light of the plaintiff's unilateral termination of and refusal to resume his own deposition. As described more fully in the Memorandum in Support of Defendants' Motion to Compel Plaintiff's Deposition and for Sanctions dated September 17, 2003, the plaintiff unilaterally ended his August 7, 2003 deposition when

---

[2] The Court should also prevent the plaintiff from deposing Captain Carlson because the plaintiff's counsel has not served copies of all subpoenas concerning the deposition on all parties. First, the Defendants' counsel only received a copy of the November 29, 2003 Subpoena in response to their December 1 request—they have yet to receive a service copy of the subpoena. Tab B ¶ 5.

Second, the Defendants' counsel has not yet received a service copy of the subpoena served on Captain Carlson on December 2, 2003. In particular, on December 2, 2003 the plaintiff's counsel sent a separate notice of deposition ("Notice"), attached at Tab C, and subpoena, attached at Tab D, both of which are dated November 29, 2003, to Captain Carlson. This subpoena is different from the November 29, 2003 Subpoena because it commands Captain Carlson to produce different documents. Cf. Tab A (commanding production of "[a]ll documents, reports, files, and any other information associated with the misuse or misappropriation of Hartford Police Benevolent Association funds" on September 10, 2003 at 10:00 a.m.) to Tab D (commanding production of "all documents, files and records regarding the above case and all documents, files and records relating to Michael Fago."). While the Defendants' counsel received a copy of the Notice, Tab B ¶ 6, they have yet to receive a service copy of the subpoena, despite the purported certificate of service accompanying this second subpoena. Tab B ¶ 7; Tab D. The Defendants nevertheless also object to and move the Court to quash this second subpoena for the reasons identified above.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

the Defendants' counsel began examining him about an interim performance evaluation during his probationary service as a Hartford Police Department ("HPD") Lieutenant. Considering Captain Carlson's position as Commander of the HPD's Human Resources Bureau and his apparent knowledge of and/or involvement with the plaintiff's evaluation and return to the rank of Sergeant, the Defendants anticipate that the subject matter of Captain Carlson's deposition will include the very same issues on which the plaintiff has refused to be examined.

In particular, it is likely that plaintiff's counsel will examine Captain Carlson about the plaintiff's interim evaluation for the probationary period ending February 22, 2002 and the plaintiff's May 2002 meeting with Chief of Police Bruce Marquis and Captain Carlson, among others, where the plaintiff was returned to the rank of Sergeant. The Court has not yet ruled on either the Defendants' Motion to Compel and for Sanctions or the plaintiff's later Motion for Protective Order dated October 8, 2003. It would be unfair to allow the plaintiff to seek discovery on these issues when he has refused to be deposed about the same issues. Instead, the Defendants should be allowed to first complete the plaintiff's deposition.

WHEREFORE, the Defendants respectfully objects to the November 29, 2003 Subpoena and move the Court to quash the same.

4

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

DEFENDANTS,
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ, and STEPHEN MIELE

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Derek L. Mogck
Federal Bar No. CT 23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5599 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>ad testificandum</u> and <u>duces tecum</u> to Nonparty Robert Carlson was mailed via first class mail, postage prepaid, and sent by facsimile on this 3rd day of December, 2003, as follows:

James S. Brewer, Esq.
Erin O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

_____
Derek L. Mogck

359409 v.01 S1

Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

Michael Fago,
   Plaintiff

V.

City of Hartford, et al.,
   Defendants

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:
NO. 3:02CV1189(AHN)

TO: Robert Carlson
Hartford Police Department
50 Jennings Road
Hartford, CT 06106

☐ YOU ARE COMMANDED to appear in the United States Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURT ROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT  06119 | December 4, 2003<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

ALL DOCUMENTS, REPORTS, FILES, AND ANY OTHER INFORMATION ASSOCIATED WITH THE MISUSE OR MISAPPROPRIATION OF HARTFORD POLICE BENEVOLENT ASSOCIATION FUNDS.

| PLACE | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT | September 10, 2003<br>10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officer, directors, or managing , or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Plaintiff | 11/29/03 |

| ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER |
|---|
| JAMES S. BREWER   818 Farmington Avenue   West Hartford, CT 06119   (860) 523-4055 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff, | :<br>:  CIVIL ACTION NO.<br>:  3:02-cv-1189 (AHN) |
| vs. | : |
| CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  DECEMBER 3, 2003 |

## AFFIDAVIT OF DEREK L. MOGCK

I, Derek L. Mogck, state under oath as follows:

1. I am an associate in the law firm of Shipman & Goodwin LLP and, together with Attorneys Charles L. Howard and Gregg P. Goumas, am counsel for the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Steven Miele ("Defendants") in this case. Attorneys Howard and Goumas are the Defendants' primary counsel.

2.  I have prepared this affidavit in connection with the accompanying Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas ad testificandum and duces tecum to Nonparty Robert Carlson.

3.  Between Monday, December 1, 2003 and Wednesday, December 3, 2003, Attorney Howard is out of the office. Between 9:00 a.m. and 12:00 p.m. on December 4, 2003 he is scheduled to meet with the American Arbitration Association.

4.  Attorney Goumas is out of the office during the entire week of December 1, 2003; he returns on December 8, 2003.

5.  On December 1, 2003, Attorney Howard's assistant reported to me that an employee of the plaintiff's counsel's office called to announce the deposition of nonparty Hartford Police Department Captain Robert Carlson on December 4, 2003. Because we had not yet received a copy of either a notice of deposition or subpoena, I asked Attorney Howard's assistant to obtain a copy of the notice or subpoena from plaintiff's counsel on December 1, 2003. We later received by a copy of a subpoena, dated November 29, 2003 and attached to the accompanying Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas ad testificandum and duces tecum to Nonparty Robert Carlson at Tab A, by mail on December 2, 2003. We still have not received a service copy of this subpoena.

6.  On December 3, 2003, we received the notice of deposition attached to the accompanying Combined Objection to and Motion to Quash Plaintiff's November

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

29, 2003 Subpoenas <u>ad testificandum</u> and <u>duces tecum</u> to Nonparty Robert Carlson at Tab C.

    7.    Also on December 3, 2003, we obtained a copy of a second subpoena sent to Captain Carlson and attached to the accompanying Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>ad testificandum</u> and <u>duces tecum</u> to Nonparty Robert Carlson at Tab D. We have not yet received a service copy of this subpoena, which is also dated November 29, 2003.

                                      _____
                                      Derek L. Mogck

STATE OF CONNECTICUT)
                              ) ss.
COUNTY OF HARTFORD     )

    Personally appeared Derek L. Mogck, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me, this 3rd day of December, 2003.

                                      _____
                                      Notary Public
                                      My Commission Expires: 8/31/05

359409 v.01 S2

CATHY L. HONOROWSKI
NOTARY PUBLIC
My Commission Expires 8/31/2005

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | NOVEMBER 29, 2003 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Thursday, December 4, 2003, at 10:00 a.m.**, at the Law Office of Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, Connecticut, the undersigned will take the deposition of, **Robert Carlson**, to be used in the trial of this matter before A+ Reporting, or such other duly authorized reporter. You are invited to attend and to cross examine.

PLAINTIFF,

BY _____
James S Brewer
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055
Fed. ct# 23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, November 29, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

A+ Reporting Services
P.O. Box 831
Wallingford, CT 06492

_____
James S Brewer



BREWER & O'NEIL, LLC
818 FARMINGTON AVENUE
WEST HARTFORD, CT 06119

DEC - 3 20

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

# BREWER & O'NEIL, LLC

818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fax: (860) 233-4215

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| Date: | December 2, 2003 |
| To: | Sgt. Maglierri, c/o Sgt. Luis Ortiz |
| Fax: | 860-722-6123 |
| Re: | Fago vs. City of Hartford |
| Sender | Lexa Morales    (Legal Secretary) |

YOU SHOULD RECEIVE 4 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO
NOT RECEIVE ALL THE PAGES, PLEASE CALL (860) 523-4055.

**CONFIDENTIALITY NOTICE:** The documents accompanying this facsimile transmission may contain confidential or privileged information from the law firm of Brewer & O'Neil LLC.. This information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | NOVEMBER 29, 2003 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Thursday, December 4, 2003, at 10:00 a.m., at the Law Office of Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, Connecticut, the undersigned will take the deposition of, **Robert Carlson**, to be used in the trial of this matter before A+ Reporting, or such other duly authorized reporter. You are invited to attend and to cross examine.

PLAINTIFF,

BY _____
James S Brewer
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fed. ct# 23073

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

Michael Fago,
    Plaintiff
v.

City of Hartford, et al.,
    Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:
NO. 3:02CV1189(AHN)

TO: Robert Carlson
Hartford Police Department
50 Jennings Road
Hartford, CT 06106

☐ YOU ARE COMMANDED to appear in the United States Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURT ROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT 06119 | December 4, 2003<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

ALL DOCUMENTS, FILES AND RECORDS REGARDING THE ABOVE CASE AND ALL DOCUMENTS, FILES AND RECORDS RELATING TO MICHAEL FAGO.

| PLACE | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT | December 4, 2003<br>10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officer, directors, or managing, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Plaintiff | DATE<br>11/29/03 |
|---|---|

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER
JAMES S. BREWER     818 Farmington Avenue     West Hartford, CT 06119     (860) 523-4055

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, November 29, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

A+ Reporting Services
P.O. Box 831
Wallingford, CT 06492

_____
James S Brewer