FILED

2003 DEC -1  A 9: 36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,                :    CIVIL ACTION NO.
    Plaintiff,              :    3:02-cv-1189 (AHN)
                                :
vs.                             :
                                :
CITY OF HARTFORD, et al.        :
    Defendants.             :    November 26, 2003

**DEFENDANTS' SECOND MOTION FOR**
**EXTENSION OF TIME TO OBJECT/RESPOND TO DISCOVERY**

The defendants Mark Rudewicz, Stephen Miele, Joseph Buyak, Mark Pawlina, and Kevin Jones respectfully request an extension of time of thirty (30) days up to and including **December 31, 2003**, within which to object and/or respond to plaintiff's First Set of Interrogatories and Request for Production. In support of this motion, the defendants respectfully state as follows:

    1.    On October 1, 2003, the plaintiff served his First Set of Interrogatories and Request for Production on the above named defendants.

    2.    Because plaintiff's discovery requests are extensive, the defendants identified above will require an additional thirty (30) days to research the requests and properly respond.

    3.    Counsel for the defendants identified above are also involved in three consolidated cases before the Court—Russo v. City of Hartford, No. 3:97CV2380, Russo v.

**ORAL ARGUMENT NOT REQUESTED**

12/05/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.