FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  DEC -9  A 11: 32

| | |
|---|---|
| MICHAEL J. FAGO, <br>     Plaintiff, <br><br> vs. <br><br> CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER, <br>     Defendants. | CIVIL ACTION NO. <br> 3:02CV1189 (AHN) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> DECEMBER 8, 2003 |

**NONPARTY WITNESS ROBERT CARLSON AND
DEFENDANTS' JOINT COMBINED OBJECTION TO PLAINTIFF'S
DECEMBER 4, 2003 SUBPOENA <u>AD TESTIFICANDUM</u> TO NONPARTY
WITNESS ROBERT CARLSON AND MOTION FOR STATUS CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 45(a)(1)(D) and 45(c)(3)(A),

nonparty Robert Carlson and defendants City of Hartford, Bruce Marquis, Kevin Jones,

Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele ("Defendants")

hereby jointly respectfully object to and move to quash the subpoena <u>ad testificandum</u>

issued by plaintiff's counsel dated December 4, 2003 ("December 4 Subpoena"),

attached at Tab A, to nonparty Hartford Police Captain Robert Carlson.

Pursuant to Local Civil Rule 16(a)1 of the United States District Court for the District of Connecticut, the Defendants and Captain Carlson also move the Court to schedule a status conference to address discovery issues involving the December 4 Subpoena and other pleadings now before the Court.

Captain Carlson and the Defendants base their objection and motion on the following grounds. First, the December 4 Subpoena is invalid. Federal Rule of Civil Procedure 45(a)(1)(D) requires subpoenas to "set forth the text of subdivisions (c) and (d) of this rule." Fed. R. Civ. P. 45(a)(1)(D). The December 4, 2003 Subpoena does not include the text of these provisions. See Tab A. The subpoena is therefore invalid.

Second, the Defendants both object to and ask the Court to quash the December 4 Subpoena in light of the plaintiff's unilateral termination of and refusal to resume his own deposition. As described more fully in the Memorandum in Support of Defendants' Motion to Compel Plaintiff's Deposition and for Sanctions dated September 17, 2003, the plaintiff unilaterally ended his August 7, 2003 deposition when the Defendants' counsel began examining him about an interim performance evaluation completed during his probationary service as a Hartford Police Department ("HPD") Lieutenant. Considering Captain Carlson's position as Commander of the HPD's Human Resources Bureau and his apparent knowledge of and/or involvement with the plaintiff's evaluation and return to the rank of Sergeant, the Defendants anticipate that the subject matter of Captain Carlson's deposition will include the very same issues on which the plaintiff has refused to be examined.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

In particular, it is likely that plaintiff's counsel will examine Captain Carlson about the plaintiff's interim evaluation for the probationary period ending February 22, 2002 and the plaintiff's May 2002 meeting with Chief of Police Bruce Marquis and Captain Carlson, among others, where the plaintiff was returned to the rank of Sergeant. The Court has not yet ruled on either the Defendants' Motion to Compel and for Sanctions or the plaintiff's later Motion for Protective Order dated October 8, 2003. It would be unfair to allow the plaintiff to seek discovery on these issues when he has refused to be deposed about the same topics. Instead, the Defendants should be allowed to first complete the plaintiff's deposition.

The Defendants and Captain Carlson also respectfully move the Court to schedule a status conference in this case. Local Civil Rule 16(a)1 permits the Court to schedule status conferences, either by telephone or in person. D. Conn. L. Civ. R. 16(a)1. Since the plaintiff unilaterally ended his August 7, 2003 deposition, the parties and nonparty witness Robert Carlson have filed twelve pleadings, most of which involve either the plaintiff's or Captain Carlson's examination.[1] Although the Court postponed a November 12, 2003 discovery hearing at the plaintiff's counsel's request, it

---

[1] In particular: Plaintiff's Motion for Attorney's Fees Award Under Civil Rights Attorneys Fees Act of 1976 and for Costs Incurred; Defendant Bruce Marquis' Combined Objection to and Motion to Quash Plaintiff's August 11, 2003 Subpoena; Defendant Bruce Marquis' Combined Objection to and Motion Nunc Pro Tunc to Quash Plaintiff's July 30, 2003 and August 7, 2003 Subpoenas; Defendant City of Hartford's Combined Objection to and Motion Nunc Pro Tunc to Quash Plaintiff's August 7, 2003 Subpoena; Defendant Bruce Marquis' Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees Award; Defendants' Motion to Compel Plaintiff's Deposition and for Sanctions; Plaintiff's Memorandum in Opposition to Defendants' Motion to Compel and for Sanctions; Plaintiff's Motion for Protective Order of the Continued Deposition of the Plaintiff; Defendants' Reply to Plaintiff's Opposition to Motion to Compel; Defendants' Objection to Plaintiff's Motion for Protective Order; Nonparty Robert

has not rescheduled this hearing. A status conference is needed to resolve these pending matters and thereby allow the parties to resume discovery.

WHEREFORE, nonparty witness Robert Carlson and the Defendants respectfully object to the December 4 Subpoena and move the Court to quash the same, and move the Court to schedule a status conference in this case.

> NON PARTY WITNESS,
> ROBERT CARLSON
>
> AND
>
> DEFENDANTS,
> CITY OF HARTFORD, BRUCE
> MARQUIS, KEVIN JONES, MARK
> PAWLINA, JOSEPH BUYAK, MARK
> RUDEWICZ, and STEPHEN MIELE
>
>
> By: _____
> Charles L. Howard
> Federal Bar No. CT 05366
> Derek L. Mogck
> Federal Bar No. CT 23688
> Shipman & Goodwin LLP
> One American Row
> Hartford, CT 06103-2819
> Tel: (860) 251-5000
> Fax: (860) 251-5599

Carlson's Combined Objection to and Motion to Quash Plaintiff's November 29, 2003 Subpoenas <u>Ad Testificandum</u> and <u>Duces Tecum</u> and Notice of Deposition; and Defendants' Combined Objection to and Motion to Quash Plaintiff's November 20, 2003 Subpoenas <u>Ad Testificandum</u> and <u>Duces Tecum</u> to Nonparty Witness Robert Carlson.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Nonparty Witness Robert Carlson and Defendants' Joint Combined Objection to Plaintiff's December 4, 2003 Subpoena <u>ad testificandum</u> to Nonparty Witness Robert Carlson and Motion for Status Conference was mailed via first class mail, postage prepaid, and sent by facsimile on this 8th day of December, 2003, as follows:

James S. Brewer, Esq.
Erin O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

                                                    Derek L. Mogck

359746 v.01

AO 88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

Michael Fago,
    Plaintiff
V.

City of Hartford, et al.,
    Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:
NO. 3:02CV1189(AHN)

TO:   Robert Carlson
       Hartford Police Department
       50 Jennings Road
       Hartford, CT 06106

☐ YOU ARE COMMANDED to appear in the United States Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURT ROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 818 Farmington Avenue<br>West Hartford, CT 06119 | December 10, 2003<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officer, directors, or managing, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]*     Attorney for Plaintiff | DATE<br>12/04/03 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

ERIN I. O'NIEL    818 Farmington Avenue    West Hartford, CT 06119    (860) 523-4055

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : NO.: 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : DECEMBER 4, 2003 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Wednesday, December 10, 2003, at 10:00 a.m., at the Law Office of Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, Connecticut, the undersigned will take the deposition of, Robert Carlson, to be used in the trial of this matter before A+ Reporting, or such other duly authorized reporter. You are invited to attend and to cross examine.

PLAINTIFF,

BY _____
James S Brewer
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fed. ct# 23073

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, December 4, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

A+ Reporting Services
P.O. Box 831
Wallingford, CT 06492

James S Brewer