# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,
    PLAINTIFF

**APPEARANCE**

FILED

V.

2003 DEC 15 P 2: 20

CITY OF HARTFORD, ET AL.,
    DEFENDANTS.

CASE NUMBER:    3:02CV1189 (AHN)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:    PAUL CHERNIAK, Non-party witness.

__12/12/03__
**Date**

__ct17433__
**Connecticut Federal Bar Number**

__(860) 541-2077__
**Telephone Number**

__(860) 713-8944__
**Fax Number**

__shea@sabiahart.com__
**E-mail address**

_____
**Signature**

__John P. Shea, Jr.__
**Print Clearly or Type Name**

__190 Trumbull St., Ste. 202__
**Address**

__Hartford, CT 06103__

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached certification list.

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

**Appearance.frm.Jan.2001**

Certification List

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119