HONORABLE F. Simmons
DEPUTY CLERK Kolesnikoff   RPTR/ERO TAPE Baldwin
TOTAL TIME: 1 hours ___ minutes
DATE 12/16/03   START TIME 10:25   END TIME 11:25
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:02CV1189AHN

Fago
vs.
Hartford

Plaintiffs Counsel: Erin O'Neil-Baker
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: Derek Mogck, Jennifer Dixon

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ Dft #37   Motion to Quash — advisement
☑ Dft #39   Motion to Quash — advisement
☑ Dft #40   Motion to Quash   MOOT — advisement
☑ Dft #50-1 Motion to Compel — advisement
☑ Dft #50-2 Motion for Sanctions — advisement
☑ Pla #54   Motion for Protective Order — advisement

Hearing continued until ___ at ___