UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:02-CV-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al.<br>    Defendants. | : | January 9, 2004 |

### DEFENDANTS' REQUEST FOR PRE-FILING CONFERENCE

Pursuant to the Standing Order of this Court, defendants, the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele, through counsel, respectfully respectful a conference with the Court prior to filing their Motion for Summary Judgment in this matter. According to the Scheduling Order now in effect, discovery is scheduled to end on January 31, 2004 and dispositive motions are to be filed by March 1, 2004.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5699
Their Attorneys

CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Request for Pre-filing Conference was sent by U.S. Mail, postage prepaid, this 9th day of January 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

                                                     Gregg P. Goumas

361903 v.01 S1