FILED

2004 JAN 12 P 2: 38

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. <br> 3:02-CV-1189 (AHN) |
| vs. | : <br> : <br> : | |
| CITY OF HARTFORD, et al. <br> Defendants. | : <br> : | January 9, 2004 |

### DEFENDANTS' REQUEST FOR PRE-FILING CONFERENCE

Pursuant to the Standing Order of this Court, defendants, the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele, through counsel, respectfully respectful a conference with the Court prior to filing their Motion for Summary Judgment in this matter. According to the Scheduling Order now in effect, discovery is scheduled to end on January 31, 2004 and dispositive motions are to be filed by March 1, 2004.

1/14/04 GRANTED. A Pre-Filing Conference shall be held on 1/29/04 at 2:00 p.m. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.

FILED 2004 JAN 12 P 4: 58 US DISTRICT COURT BRIDGEPORT CT