UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : NO.: 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : FEBRUARY 23, 2004 |

## MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES *NUNC PRO TUNC*

On December 29, 2003, the court issued an order granting sanctions against Attorney Brewer for the defendants' cost of filing the Motion to Compel the plaintiff's deposition. In accordance with the court's order, the defendants submitted a statement of fees and costs. The undersigned received the defendants' letter on February 3, 2004. The deadline to object to the amount of costs was improperly diaried and it was not until the undersigned received a letter from Attorney Howard on February 19, 2004, that the undersigned was aware of the error. Therefore, the undersigned requests an extension of ten (10) days, nunc pro tunc, to file the present Motion for Review of attorney's costs.

PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this February 23, 2004, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Erin I O'Neil, Esq.