UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Filing Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 27, 2004

2:45 p.m.

CASE NO. 3-02-cv-1189     Fago v City of Hartford, et al

Charles L. Howard
Derek L. Mogck
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

James Brewer
Erin I. O'Neil-Baker
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Jennifer L. Dixon
Joseph W. McQuade
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Joseph P. Shea, Jr.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

Held: (1) Parties are considering mediation w/ HBF. Will contact chambers.
(2) Parties will submit stipulation modifying discovery/ dispositive motions schedule.
(3) Δs will file SJ motions.