UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : NO.: 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : FEBRUARY 23, 2004 |

## MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES *NUNC PRO TUNC*

On December 29, 2003, the court issued an order granting sanctions against Attorney Brewer for the defendants' cost of filing the Motion to Compel the plaintiff's deposition. In accordance with the court's order, the defendants submitted a statement of fees and costs. The undersigned received the defendants' letter on February 3, 2004. The deadline to object to the amount of costs was improperly diaried and it was not until the undersigned received a letter from Attorney Howard on February 19, 2004, that the undersigned was aware of the error. Therefore, the undersigned requests an extension of ten (10) days, nunc pro tunc, to file the present Motion for Review of attorney's costs.

PLAINTIFF

BY: [signature]
Erin I. O'Neil, Esq.
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

3/5/2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

FILED 2004 MAR -9 A 9:13
US DISTRICT COURT
BRIDGEPORT CT