UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | FEBRUARY 23, 2004 |

## MOTION FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES

**I.   INTRODUCTION**

On December 29, 2003, the court issued an order granting sanctions against Attorney Brewer for the defendants' cost of filing the Motion to Compel the plaintiff's deposition. In accordance with the court's order, the defendants submitted a statement of fees and costs totaling $ 2,803.50 to file the defendants' Motion to Compel the plaintiff's deposition. (See Bill of Costs attached.) The plaintiff objects to the defendants' costs and now submits this Bill of Costs for the Court's review for the reasons stated below.

**II.   FACTS RELEVANT TO PRESENT MOTION**

The defendants claim that it took a collective effort between Attorneys Howard, Goumas and Mogck, 13.1 hours to draft, research, review and revise the Motion to Compel itself. It took an additional 1.1 hours to write a letter to Attorney Brewer and collect the exhibits for the Motion. The defendants claim that 1.5 hours were spent on September 17, 2003, revising and finalizing the Motion to Compel, but the Motion was filed on September 17, 2003, and defense counsel was attending the all day deposition of the defendant, Joseph Buyak on September 17, 2003.

### III. RELIEF REQUESTED

Attorney Brewer requests that the court review the costs submitted relating to the preparation of the Motion to Compel. Attorney Brewer should not be charged for the letters written or the coordination of the plaintiff's deposition, which total .9 hours, as they were not part of the filing of the Motion. Attorney requests that the court review and reduce the 13.1 hours to prepare the Motion to 5 hours which is a reasonable amount of time to prepare such motion. Further, Attorney Brewer request that the court review and reduce the amount of preparation of the defendants' reply to the plaintiff's objection to the Motion to Compel from 4.3 to 2.0 hours which is a reasonable time as the research and sequence of events had already been researched as part of the original motion.

PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this February 24, 2004, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Erin I O'Neil, Esq.

Case 3:02-cv-01189-AHN    Document 85    Filed 02/24/2004    Page 3 of 6



**Shipman & Goodwin LLP**
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Charles L. Howard
Phone: (860) 251-5616
Fax: (860) 251-5699
choward@goodwin.com

January 30, 2004

<u>Michael J. Fago v. City of Hartford, et al</u>
<u>United States District Court, Case No. 3:02CV1189(AHN)</u>

### BILL FOR COSTS PURSUANT TO RULING OF JUDGE FITZSIMMONS DATED DECEMBER 29, 2003 RELATING TO INTERRUPTION OF MICHAEL FAGO DEPOSITION

**Hourly Rates**

| | |
|---|---|
| C. Howard | 210.00 |
| G. Goumas | 160.00 |
| D. Mogck | 125.00 |

| Date | Attorney | Time | Amount | Description |
|---|---|---|---|---|
| 09/02/03 | D. Mogck | 0.3 | 37.50 | Draft letter to J. Brewer regarding M. Fago deposition |
| 09/02/03 | D. Mogck | 0.1 | 12.50 | Prepare certification for C. Howard supplemental affidavit |
| 09/02/03 | D. Mogck | 1.0 | 125.00 | Begin drafting motion to compel plaintiff's deposition |
| 09/02/03 | C. Howard | 0.3 | 63.00 | Review and revise letter to J. Brewer regarding M. Fago deposition |
| 09/03/03 | D. Mogck | 0.3 | 37.50 | Draft C. Howard affidavit supporting defendants' motion to compel plaintiff's deposition |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/03 | D. Mogck | 4.9 | 612.50 | Review relevant pleadings, review applicable legal authority regarding discovery sanctions for failure to file threatened motion for protective order and draft motion and accompanying memorandum regarding compelling M. Fago's deposition and for sanctions |
| 09/05/03 | D. Mogck | 2.5 | 312.50 | Finalize motion to compel plaintiff's deposition |
| 09/05/03 | D. Mogck | 0.4 | 50.00 | Collect exhibits and review same for material to include in motion to compel plaintiff's deposition |
| 09/05/03 | C. Howard | 0.3 | 63.00 | Coordination of dates for continuation of M. Fago deposition |
| 09/08/03 | G. Goumas | 0.4 | 0.00 | Review and revise motion to compel plaintiff's deposition and for sanctions (**no charge**) |
| 09/09/03 | G. Goumas | 0.9 | 0.00 | Review and revise motion to compel plaintiff's deposition (**no charge**) |
| 09/16/03 | G. Goumas | 1.9 | 0.00 | Continue revising motion to compel (**no charge**) |
| 09/17/03 | C. Howard | 0.9 | 189.00 | Review and revise motion to compel and for sanctions regarding plaintiff's deposition |
| 09/17/03 | G. Goumas | 0.6 | 96.00 | Finalize motion to compel; revise affidavit in support thereof |
| 10/14/03 | D. Mogck | 0.3 | 37.50 | Review plaintiff's objections to motion to compel and for sanctions |
| 10/20/03 | D. Mogck | 4.1 | 512.50 | Finish research regarding plaintiff's opposition to defendants' motion to compel, including sequence of depositions, and draft reply to plaintiff's opposition and accompanying affidavits |

| 10/21/03 | D. Mogck | 0.2 | 25.00 | Reply to plaintiff's opposition to defendants' motion to compel and for sanctions |
| 01/22/04 | C. Howard | 3.0 | 630.00 | Depose M. Fago |

**TOTAL FEES:**     $2,803.50