UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>　　Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,<br>　　Defendants. | CIVIL ACTION NO.<br>3:02-cv-1189 (AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 18, 2004 |

### STIPULATED MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Court's order during the February 27, 2004 pre-filing conference in this matter, the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele respectfully request that the Court extend the deadline by which dispositive motions must be filed to **April 30,**

**ORAL ARGUMENT NOT REQUESTED**

**2004**. In support of this motion, the undersigned represents the following: 1) the previous deadline for filing dispositive motions was March 1, 2004; 2) the parties participated in a February 27, 2004 pre-filing conference ("Conference"); 3) at the Conference, the Court directed the plaintiff to serve a settlement demand on the defendants, which the defendants were to review to determine whether the parties might benefit from a settlement conference with the Court (Fitzsimmons, J.); 4) on March 9, 2004, the plaintiff made a settlement demand; 5) defendants do not believe a settlement conference would be productive, and therefore wish to file motions for summary judgment; 6) at the Conference, the Court also directed defendants to file a stipulation modifying the dispositive motion schedule if they concluded that a settlement conference would not be productive.

The undersigned has conferred with both plaintiff's and the remaining defendants' counsel, and all parties consent to this request.

WHEREFORE, the defendants request that their motion be granted.

2

SHIPMAN & GOODWIN LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

DEFENDANTS, CITY OF HARTFORD, BRUCE MARQUIS, KEVIN JONES, MARK PAWLINA, JOSEPH BUYAK, MARK RUDEWICZ, AND STEPHEN MIELE

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Derek L. Mogck
Federal Bar No. CT 23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Parties' Stipulation Modifying Deadline for Filing Dispositive Motions was mailed via first class mail, postage prepaid, on this 18th day of March, 2004, as follows:

James S. Brewer, Esquire
Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esquire
Jennifer L. Dixon, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

_____
Derek L. Mogck

367446 v.01