FILED

2004 MAR 19 P 1: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,
    Plaintiff,

vs.

CITY OF HARTFORD; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, BRUCE MARQUIS, CHIEF OF POLICE; KEVIN JONES, ASSISTANT CHIEF OF POLICE; MARK PAWLINA, POLICE CAPTAIN; JOSEPH BUYAK, POLICE CAPTAIN; NANCY MCCLURE, POLICE LIEUTENANT; MARK RUDEWICZ, POLICE SERGEANT; STEPHEN MIELE, POLICE SERGEANT; PATRICK JOBES, POLICE SERGEANT; and ROBERT RUSSELL, POLICE OFFICER,
    Defendants.

CIVIL ACTION NO.
3:02-cv-1189 (AHN)

March 18, 2004

### STIPULATED MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Court's order during the February 27, 2004 pre-filing conference in this matter, the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele respectfully request that the Court extend the deadline by which dispositive motions must be filed to **April 30,**

3/23/04 GRANTED. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.

FILED 2004 MAR 25 P 5:0[?]
U.S. DISTRICT COURT
BRIDGEPORT. CONN

**ORAL ARGUMENT NOT REQUESTED**

SHIPMAN & GOODWIN LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385