UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff, | :  CIVIL ACTION NO.<br>:  3:02-cv-1189 (AHN)<br>: |
| vs. | :<br>:<br>: |
| CITY OF HARTFORD, et al.<br>    Defendants. | :<br>:  March 31, 2004 |

MOTION TO COMPEL PAYMENT OF
EXPERT WITNESS FEES AND FOR ATTORNEYS' FEES

Pursuant to Federal Rules of Civil Procedure 26(b)(4), 37(a)(2) and (4) and Local Rule 37(a)(4), Defendants, City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (hereinafter "Defendants") respectfully request that plaintiff or his counsel be Ordered to reimburse the defendants for the $900.00 in expenses for expert witness fees they incurred as a result of plaintiff's last-minute cancellation of the deposition of defendants' expert witness, Frank Stoll, PhD. In addition, Defendants request that they be awarded their attorneys' fees in connection with bringing this Motion. The undersigned counsel certifies that defendants have made a good faith effort to resolve this dispute without Court intervention but were unsuccessful. Such efforts are more particularly detailed in Defendants' accompanying Memorandum of Law.

**ORAL ARGUMENT IS REQUESTED**

WHEREFORE, the Defendants respectfully request that their Motion be GRANTED.

          THE DEFENDANTS
          CITY OF HARTFORD, BRUCE MARQUIS,
          KEVIN JONES, MARK PAWLINA,
          JOSEPH BUYAK, MARK RUDEWICZ and
          STEPHEN MIELE

By _____
    Charles L. Howard
    Federal Bar No. CT 05366
    Gregg P. Goumas
    Federal Bar No. 19095
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    Tel: (860) 251-5000
    Fax: (860) 251-5699
    Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Compel and for Attorneys' Fees was sent by U.S. Mail, postage prepaid, this 31st day of March 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

_____
Gregg P. Goumas

367134 v.01 S1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385