UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02-CV-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
|    Defendants. | : | April 2, 2004 |

### DEFENDANTS' JOINT MOTION FOR SANCTIONS

Pursuant to 28 U.S.C. § 1927, Federal Rule of Civil Procedure 30, Local Rule of Civil Procedure 16(g)(1), and the inherent power of this Court, defendants, City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele, Nancy McClure, Robert Russell and Patrick Jobes respectfully request that plaintiff's counsel, James S. Brewer, be sanctioned for his inappropriate, disruptive conduct during the continuation of plaintiff's deposition on January 22 and February 4, 2004. As discussed in defendants' accompanying Memorandum of Law, during plaintiff's continued deposition, Attorney Brewer engaged in prolonged speaking objections, witness coaching and ad hominem attacks on questioning counsel.

The defendants request that the Court grant their Motion and sanction Attorney Brewer as follows:

- That Attorney Brewer be ordered to reimburse the defendants for the cost of the Court Reporter and Transcripts from the continued deposition on January 22, 2004 and February 4, 2004;[1]

- That Attorney Brewer be ordered to reimburse the defendants for their reasonable attorneys' fees in connection with the continued deposition on February 4, 2004;

- That Attorney Brewer be ordered to pay defendants their attorneys' fees in connection with this Motion;

- That Attorney Brewer be ordered to pay a monetary fine to the Court; and

- That Attorney Brewer be ordered to refrain from speaking objections, personal attacks on counsel, and coaching objections in all depositions in which he appears in the District of Connecticut.

---

[1] In its December 31, 2003 Order granting defendants' Motion to Compel and for Sanctions, the Court ordered Mr. Brewer to pay defendants their costs associated with the continuation of plaintiff's deposition. While counsel for Defendants City of Hartford, Marquis, Jones, Pawlina, Buyak, Rudewicz and Miele billed Mr. Brewer for their attorneys' fees in connection with the January 22nd

DEFENDANTS,
CITY OF HARTFORD,
BRUCE MARQUIS, KEVIN JONES,
MARK PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ, AND STEPHEN MIELE

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

---

continued deposition, they chose not to charge him for costs related to the court reporter or the transcripts, even though they were arguably entitled to do so pursuant to the December 31 order.

DFENDANTS,
PATRICK JOBES, ROBERT RUSSELL and
NANCY MCCLURE

By *Joseph W. McQuade*
Joseph W. McQuade
Federal Bar No. CT 12121
Kainen, Escalera & McHale, PC
21 Oak Street, Suite 601
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Sanctions was mailed via first class mail, postage prepaid, on this 2nd day of April, 2004, as follows:

James S. Brewer, Esquire
Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esquire
Jennifer L. Dixon, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

With Chambers Copy to:

The Honorable Alan H. Nevas
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

366848 v.01 S1