UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | April 2, 2004 |

### DEFENDANTS' NOTICE OF MANUAL FILING

The defendants, City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele, Nancy McClure, Robert Russell and Patrick Jobes hereby give notice that Exhibits 1, 2 and 3 to their Memorandum in Support of Joint Motion for Sanctions, have been manually filed with the Court.

DEFENDANTS,
CITY OF HARTFORD,
BRUCE MARQUIS, KEVIN JONES,
MARK PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ, AND STEPHEN MIELE

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

DFENDANTS,
PATRICK JOBES, ROBERT RUSSELL and
NANCY MCCLURE

By _____ /s/ permission
    Joseph W. McQuade          JPM
    Federal Bar No. CT 12121
    Kainen, Escalera & McHale, PC
    21 Oak Street, Suite 601
    Hartford, CT 06106
    Tel: (860) 493-0870
    Fax: (860) 493-0871

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed via first class mail, postage prepaid, on this 2nd day of April, 2004, as follows:

James S. Brewer, Esquire
Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06120

Joseph W. McQuade, Esquire
Jennifer L. Dixon, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

With Chambers Copy to:

The Honorable Alan H. Nevas
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

366848 v.01 S1