UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | November 14, 2003 |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS

Pursuant to Federal Rule of Civil Procedure 26(a)(2), defendants, the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele, through counsel hereby disclose the following expert witness whom they may call to testify at trial:

> Frank J. Stoll, Ph. D.
> 2475 Albany Avenue
> Suite 204
> West Hartford, CT 06117

Dr. Stoll's *Curriculum Vitae*, a list of cases in which he has testified, and a list of publications he has authored are attached hereto. Dr. Stoll is expected to testify as to plaintiff's claim of emotional distress as it relates to his employment at the Hartford Police Department. Dr. Stoll will testify as to the basis for the conclusions contained in his report,

which include his interviews with Mr. Fago, psychological testing results, and the documents he has reviewed as detailed in his report, along with his education, training and experience. Dr. Stoll's fee is $175.00 per hour for document review and interviews and $200.00 per hour for deposition and court testimony.

        THE DEFENDANTS
        CITY OF HARTFORD, BRUCE MARQUIS,
        KEVIN JONES, MARK PAWLINA,
        JOSEPH BUYAK, MARK RUDEWICZ and
        STEPHEN MIELE

By _____
        Charles L. Howard
        Federal Bar No. CT 05366
        Gregg P. Goumas
        Federal Bar No. 19095
        Shipman & Goodwin LLP
        One American Row
        Hartford, CT 06103-2819
        Tel: (860) 251-5000
        Fax: (860) 251-5699
        Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Disclosure of Expert Witness was sent by U.S. Mail, postage prepaid, this 14th day of November 2003, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06120

Gregg P. Goumas

358003 v.01 S2

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

CURRICULUM VITAE

**FRANK J. STOLL, Ph.D.**

Office: 2475 Albany Avenue
Suite 204
West Hartford, CT. 06117
Tel: (860) 586-8854
Fax: (860) 586-8942
E-Mail: FSTOLL316@AOL.COM
Website: Forensicpsychology.net

Home: 274 Steele Road
West Hartford, CT. 06117
Tel: (860) 232-0586
Fax: (860) 233-3741

LICENSURE

Psychologist, Connecticut License No. 001415

EDUCATION

The University of Chicago, 1986, Ph.D. in Behavioral Sciences, The Committee on Human Development, Chicago, IL.

The University of Chicago, 1981, M.A. in Behavioral Sciences, Chicago, IL.

Princeton University, 1975, A.B., English Literature, Princeton, N.J.

PROFESSIONAL EXPERIENCE

Private Practice, 1999-Present, West Hartford, Connecticut.

Staff Psychologist, TheInstitute of Living Medical Group, 1997-1999, Hartford, CT.

Consulting Psychologist, Manchester Memorial Hospital, Adolescent and Adult Psychiatric Services, 1992-Present, Manchester, CT.

Associate Adjunct Clinical Professor, Department of Clinical Psychology, University of Hartford, 1992-1997, West Hartford, CT.

Director of Assessment & Senior Staff Psychologist, 1990-1993, The Institute of Living, Hartford, CT.

Coordinator, Psychological Assessment Service & Senior Staff Psychologist, 1989-1993, The Institute of Living, Hartford, CT.

PROFESSIONAL EXPERIENCE (CONT.)

Assistant Professor, The University of Connecticut School of Medicine, Department of Psychiatry,1989-1993,Farmington,CT.

Coordinator, Psychological Assessment Service & Staff Psychologist, 1987-1988,Danbury Hospital,Danbury,CT.

Assistant Professor, New York Medical School, Department of Psychiatry,1987-1988,Valhalla,NY.

Research Associate, 1980-1983, (NIMH Funded) Schizophrenia Research Project, Michael Reese Hospital and Medical Center, Chicago,IL.

Research Associate, 1977-1978, (NIMH Funded) The Woodlawn Project, Social Psychiatry Research Center, The University of Chicago,Chicago,IL.

CLINICAL AND RESEARCH TRAINING

Intern (American Psychological Association Approved), Clinical Psychology (Adult and Geriatric),1984-1985, Harvard Medical School/Massachusetts Mental Health Center, Boston,MA.

Extern, Clinical Psychology (Child and Adolescent), 1978-1980, Michael Reese Hospital and Medical Center, David T. Siegel Institute, Chicago,IL.

Mental Health Research Training Program, 1982-1986, The University of Chicago, Chicago,IL.

Fellow (Award), Clinical Research Training, 1981, Michael Reese Hospital and Medical Center, Chicago,IL.

PROFESSIONAL AFFILIATIONS

Member, American Psychological Association
Member, Connecticut Psychological Association
Proficiency Certification in Psychoactive Substance Use Disorders, 1997-Present,College of Professional Psychology, American Psychological Association

PUBLICATIONS

Dissertations

Stoll, F. J. (1986). Cognitive Abnormalities in Schizophrenia and Other Functional Disorders: A Prospective, Longitudinal Study. Doctoral Dissertation, The University of Chicago, Chicago, IL.

Stoll, F. J. (1981). The Role of Commitment and Perspective in Delusional Ideation. Master's Thesis, The University of Chicago, Chicago, IL.

Book Chapters

Stoll, F. Rattenbury, F. Harrow, M. & Kettering, R. (1987). A Multidimensional Approach to Schizophrenic Delusions. In R. R. Grinker, Sr. & M. Harrow (Eds.) A Multidimensional Approach to Clinical Research in Schizophrenia (111-123). Springfield, Illinois: Charles C. Thomas.

Harrow, M., Rattenbury, F. & Stoll, F. (1988). Schizophrenic Delusions: An Analysis of Their Persistence, of Related Premorbid Ideas and of Three Major Dimensions. In T.F. Oltmans and B.A. Maher (Eds.) Delusional Beliefs: Interdisciplinary Perspective (184-211). New York: John Wiley & Sons, Inc.

Articles

Stoll, F. & Zola, M. (1989). Psychologists Expanding Their Role in Tort Litigation. The Defense: Journal of the Connecticut Defense Lawyers Association, 6, (1), 1, 6-7.

Stoll, F., Lothstein, L. & Lucyk, M. (1989). Assessment of Personality Functioning and Differential Diagnosis. Scientific Proceedings of the 36th Annual Meeting of the American Academy of Child and Adolescent Psychiatry [Abstract]. New York, N.Y.: AACAP.

Stoll, F. (1987). The Course of Cognitive Disorders in Schizophrenia and Other Functional Disorders [Abstract]. Connecticut Medicine, 5(9), 594.

Gladstone, M. & Stoll F. (1989). Neuropsychological Assessment of Cognitive and Learning Impairments. Scientific Proceedings of the 36th Annual Meeting of the American Academy of Child and Adolescent Psychiatry [Abstract]. New York, N.Y.: AACAP.

## ARTICLES (CONT.)

Rattenbury, F., Harrow, M. Stoll, F. & Kettering, R. (1984). The Personal Ideation Inventory (PII): An Interview for Assessing Major Dimensions of Delusional Thinking. ASIS/NAPS #04198, 1032, New York: Microfiche Publications.

Robson, K. & Stoll, F. (1989). An Innovative Approach to Psychological Assessment: Rationale for the Model. Scientific Proceedings of the 36th Annual Meeting of the American Academy of Child and Adolescent Psychiatry [Abstract]. New York, N.Y.: AACAP.

## PRESENTATIONS

Stoll, F. (March, 2001). Credentials, Competence, Ethics and Psychological Testing: Evaluating the Evaluators in Child Custody Matters. Connecticut Bar Institute, Inc., Connecticut Law Center, New Britain, CT.

Stoll, F. (December, 1989). New Developments in Psychological Assessment. Grand Rounds Presentation, The Institute of Living, Hartford, CT.

Stoll, F., Harrow, M. & Gignoux, A. (August, 1988). DSM-III-R Schizophrenic Delusions: A Four-Year Follow-Up Study. The Ninety-Sixth Annual Convention of the American Psychological Association, Atlanta, Georgia.

Stoll, F. (August, 1987). Cognitive Assessment. The 95th Annual Convention of the American Psychological Association, New York, N.Y.

Stoll, F. (May, 1987). The Course of Cognitive Disorders in Schizophrenia and Other Functional Disorders. The Danbury Hospital Second Annual Research Day, Danbury Hospital, Danbury, CT.

Stoll, F. (April, 1987). New Approaches to Psychological Assessment. Grand Rounds Presentation, Dept. of Psychiatry, Danbury Hospital, Danbury, CT.

Stoll, F., Harrow, M., Rattenbury, F., DeWolfe, A. & Harris, S. September, 1980). The Role of Perspective in Schizophrenic Delusions. The 88th Annual Meeting of the American Psychological Association, Montreal, Canada.

PRESENTATIONS (CONT.)

Robson, K., Stoll, F., Mucha, C. and Carter, A. (March, 1992)
    The Risks, Benefits and Limitations of Clinical Intervention.
    Hartford County Bar Association Seminar, Institute of Living,
    Hartford, CT.

Harrow, M., Stoll, F. & Gignoux, A. (May, 1988). Validity of
    DSM-III-R Schizophrenia: Delusions. The 141st Annual Meeting
    of the American Psychiatric Association, Montreal, Canada.

Zola, M. & Stoll, F. (March, 1989) Forensic Psychological and
    Neuropsychological Applications to Personal Injury Law. The Law
    Offices of Justin Donnelly, Sr., Hartford, CT.

Frank J. Stoll, Ph.D.
2475 Albany Avenue, Suite 204
West Hartford, CT   06117
860-586-8854

## FORENSIC PSYCHOLOGICAL CASE LIST

### CRIMINAL CASES

1. Connecticut vs. Terry Johnson, No. CR-11-76220. Attorney Mark Solak, Office of the State's Attorney, Willimantic, CT. Capital sentencing hearing. 1993. (Prosecution)

2. Connecticut vs. Diego Vas, No. CR-11-81866. Attorney Mark Solak, Office of the State's Attorney, Willimantic, CT. Criminal responsibility. 1995. (Prosecution)

3. Connecticut vs. David Copas, No. CR86-28341. Attorney Patricia Swords, Office of the State's Attorney, Rockville, CT. Criminal responsibility. May 1997. (Prosecution)

4. Connecticut vs. Thomas Briggs. Attorney Bruce B. McIntyre, Hellum & McIntyre, LLC, New London, CT. Competence to make statements to police. May 1998. (Defense)

5. Connecticut vs. Franklin Mitchell, No. CR-99-250365, CR-99-251995. Attorney Elizabeth Inkster, Office of the Public Defender, New London, CT. Competence to stand trial. March 2000. (Defense)

6. CT v. Stephen J. Hughes, Jr., No. CR99-0076895T. Attorney Bruce Sturman, Office of Public Defender, New London, CT. Criminal responsibility. August 2000. (Defense)

7. CT v. David Messenger, No. CR11-98-100297. Attorney Mark Solak, Office of the State's Attorney, Danielson, CT. Criminal responsibility. February 2001. (Prosecution)

8. Sirois, John, No. CR99-250179. Attorney Bruce McIntyre, Hellum & McIntyre, LLC, New London, CT. Criminal responsibility. May 2000. (Defense)

## CIVIL CASES

1. CT v. Dawn March, CR18-66304. Attorney Monte Radler, CT Valley Hospital, Psychiatric Defense Unit, Middletown, CT. Testimony given in Litchfield Superior Court. Civil Commitment Standard. March 2001. (Defense)

2. Carroll, Linda J. v. Carroll, Douglas, J., FA-98-0720147-S, The Superior Court for Family Matters (Hartford). Contested Divorce. August 2001.

3. Jane L. Miller v. Sumner B. Miller, FA-00-0724680. The Superior Court for Family Matters (Hartford). Contested Divorce. July 2001.

4. Bauer, Charles v. Bauer, Patricia, FA-97-071559. The Superior Court for Family Matters (Hartford). Contested Divorce. December 1999.

5. United States Department of Immigration v. Cynthia Tewfik. Attorney Joseph Tepper. Immigration Hardship. April 1999.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : NO.: 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : DECEMBER 17, 2003 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, January 30, 2004, at 10:00 a.m.**, at the Law Office of Brewer & O'Neil, 818 Farmington Avenue, West Hartford, Connecticut, the undersigned will take the deposition of, **Frank J. Stoll**, to be used in the trial of this matter before A+ Reporting, or such other duly authorized reporter. You are invited to attend and to cross examine.

PLAINTIFF,

BY _____
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
FAX: (860) 233-4215
Fed. ct# 23073

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, December 17, 2003, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

A+ Reporting Services
P.O. Box 831
Wallingford, CT 06492

James S. Brewer
Erin I. O'Neil

**Shipman & Goodwin LLP**
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Gregg P. Goumas
Phone: (860) 251-5521
Fax: (860) 251-5599
ggoumas@goodwin.com

January 8, 2004

Erin I. O'Neil, Esq.
Brewer & O'Neil, Esq.
818 Farmington Ave.
West Hartford, CT 06119

> Re: Fago v. City of Hartford, et al.

Dear Erin:

I am writing regarding your notices of deposition for Drs. Zeman (January 28) and Stoll (January 30).

We have communicated the dates to both doctors. Dr. Stoll is available on January 30. His fee is $200 per hour for deposition testimony with a four-hour minimum. He also requires two hours of preparation time. He requires payment in advance of the deposition. The copying charge for his entire file is $30.75. You should contact him directly (586-8854) to coordinate payment for his time and the copies.

With respect to Dr. Zeman, he has informed me that his first period of availability is March 2, 3, 4 or 5th. While I realize that the discovery cut-off date is January 31, we have no objection to the deposition occurring after the cut-off date. Dr. Zeman's fee is $300 per hour for deposition testimony and $250 per hour for preparation. He also requires payment in advance of the deposition. He will need to know how long you believe the deposition will take. You should contact Dee, Dr. Zeman's assistant (545-7034), to coordinate payment for both his time and the duplication of his file. After you have finalized a deposition date, please issue a re-notice of deposition to avoid any confusion.

Thank you for your cooperation in this matter.

Erin J. O'Neil, Esq.
January 8, 2004
Page 2


Sincerely,

*[signature]*

Gregg P. Goumas

cc: Peter Zeman, MD
    Frank Stoll, PhD
    Joseph McQuade, Esq.