

Date 1/26/04

Number of Pages Including Cover Sheet 2

# CONFIDENTIAL

TO: Gregg Goumas, Esq

FROM: Frank Stoll, Ph.D.

Phone:

Fax Phone: 251-5599

Phone: 860-586-8854

Fax Phone: 860-586-8942

RE: Fagan v City of Hartford

Remarks: ☐ Urgent ☐ For your review ☐ Reply ASAP ☐ Please Comment

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (noted above) and return the original message to us (at our expense) at the above address via the U.S. Postal Service. Thank you !

*If you have any questions regarding this facsimile, please contact:*
*Joanne Sommers (860) 586-8854*

FRANK J. STOLL, Ph.D.
2475 Albany Avenue, Suite 204
West Hartford, Connecticut 06117

Jan. 26, 2004

Dear Attorney O'Neil:

I have responded to your telephone call of last week and left two messages on your general office voicemail, as your phone directory did not work. Since I have received no return call from you, no response to Attorney Goumas' instructions about payment in advance for my deposition and preparation expenses and great confusion and conflicting dates assigned by your office (Jan 28 or 30th) for me to appear for the deposition, do not expect me to appear at any hearing this week without a return call from you before 12PM today, Monday January 26th. I will not be able to hold any space for deposition and will fill up my usual therapy slots for both days.

I would appreciate your cooperation in this matter.

Yours truly,

Frank J. Stoll, Ph.D.

CC: Gregg P. Goumas
Peter M. Zeman, M.D.

Tel (860) 586-8854 Psychologist (CT LIC. #001415) Fax (860) 586-8942

FRANK J. STOLL, Ph.D.
2475 Albany Avenue, Suite 204
West Hartford, Connecticut 06117

February 4, 2004

For Professional Services provided to Gregg Goumas, Esq. Shipman & Goodman Re: Michael Fago v City of Hartford

| Date | Billing Code | Type Service | Hours | Fee |
|---|---|---|---|---|
| 1/28/04 | 0435 | Pre-Deposition Prep. | 2 | $400.00 |
| 1/28/04 | 0448 | Copy Case Material | - | 30.75 |
| 1/28/04 | 0434 | Phone Conf./Read Faxes | 1 | 200.00 |
| 1/30/04 | 0445 | Time Acclocation for Late Cancellation of Fago Deposition | 2.5 | 500.00 |

GRAND TOTAL $1,130.75

Frank J. Stoll, Ph.D.
Tax ID 061598968

BREWER & O'NEIL, LLC
ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
ERIN I. O'NEIL

January 26, 2004

Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

RE: **Michael J. Fago v. City of Hartford, et al.**
**DOCKET NO.: 3:02CV1189(AHN)**

Dear Greg:

I have been in contact with Dr. Stoll via voice messages over the last week. Apparently he has threatened not to appear for his subpoenaed deposition on Friday unless he speaks to me by 1:00 p.m. today. I left him voice messages at his office this morning and have made several efforts to speak with him. In lieu of more voice messages, please notify your "Independent Medical Examiner" that he may pick up payment for his deposition testimony at our office this afternoon or we can mail it to him.

Please also let Dr. Stoll know that pursuant to Federal Rules of Civil Procedure 26(b)(4)(C) we will pay the reasonable fee for his time spent at the deposition but not for his preparation for the deposition or for a minimum four hours. We expect that his deposition will be no longer than two hours, however, if the deposition runs longer than two hours we will make payment of the difference. We will go forward with the deposition of Dr. Stoll on Friday, January 30, 2004, at 10:00 a.m. as previously scheduled.

Thank you for your cooperation in this matter.

Sincerely,

Erin I. O'Neil

EIO/ll



One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Gregg P. Goumas
Phone: (860) 251-5521
Fax: (860) 251-5599
ggoumas@goodwin.com

January 26, 2004

**VIA FAX ONLY**

Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Ave.
West Hartford, CT 06119

Re: Fago v. City of Hartford

Dear Erin:

I am responding to your letter dated today pertaining to Dr. Stoll's deposition, which is scheduled for Friday, January 30th at 10:00 AM.

In your letter, you state that plaintiff will not pay for Dr. Stoll's preparation time. However, you should be aware that the district courts in the Second Circuit have consistently held that time spent by an expert preparing for a deposition is compensable under Rule 26(b)(4)(C). See e.g., Bonner v. American Airlines, Inc., 1997 U.S. Dist. LEXIS 20836 (noting that weight of authority permits recovery of fees for preparation time in connection with deposition under Rule 26(b)(4)(C)); Magee v. Paul Revere Life Ins. Co., 172 F.R.D. 627, 647 (E.D.N.Y. 1997)(holding that "Rule 26(b)(4)(C) encompasses a reasonable fee for time spent by an expert preparing for deposition"). Accordingly, Dr. Stoll is entitled to two hours of preparation time.

You also indicate that plaintiff will only pay for Dr. Stoll's time spent at the deposition, which, accordingly to your letter, is only expected to last for two hours. Dr. Stoll has informed me that he originally set aside four hours, but will now adjust his schedule to reflect only a two-hour deposition. However, he will need to leave by noon.

Lastly, Dr. Stoll is entitled to his travel time to and from the deposition. Travel time for experts is compensable under Rule 26(b)(4)(C). See Magee, supra, at 646;

David Tunick, Inc. v. Kornfeld, 151 F.R.D. 534, 536 (S.D.N.Y. 1993). Dr. Stoll has requested one-half hour for travel time.

The total fee for the deposition (including travel time) is $850.00 (2 hours deposition time, 2 hours preparation time, ½ hour travel time). **Dr. Stoll has indicated that by noon tomorrow you should fax him a signed acknowledgement that plaintiff will pay the fee (to fax no. 586-8942).** He needs this acknowledgment in order to reserve the time. He has advised me that if he has not received such acknowledgment, he will not be attending the deposition. The check itself can be mailed to him in advance of the deposition or presented to him at the deposition. If you would like copies of his file, as I have indicated earlier, the cost is $30.75. **This should also be included in the acknowledgement.**

Sincerely,

Gregg P. Goumas

Cc: Frank Stoll, PhD (via fax to 586-8942)
Joseph McQuade, Esq. (via fax 493-0871)

BREWER & O'NEIL, LLC

ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
ERIN I. O'NEIL

January 27, 2004

Via fax only ( 251-5599)

Chuck Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Re: Fago v. City of Hartford, et al.
Docket no.: 3:02 CV 1189 (AHN)

Dear Chuck and Greg:

I understand that you are now taking the role of "agent" for Dr. Stoll. It is one thing for you to obtain an IME, yet another to interfere with the deposition of your purported "expert". ( I was curious, are you working for 10% or 15%?)

As you know, we agreed that Dr. Zeman was a qualified expert to examine the plaintiff. Yet you and/or Dr. Zeman have relegated the majority of the examination and report to Dr. Stoll. We never agreed to Dr. Stoll, and as it has turned out, there may be good reason. He is not acceptable as an IME.

There is no authority for you to do add or substitute experts or have essentially two IMEs. In fact, I believe it is unethical for you to present to us and the Court that Dr. Zeman is the IME and then have some unknown psychologist, Dr. Stoll assume the duties of your expert. Therefore, consider this an attempt to resolve this discovery issue pursuant to Local Rule 9. You need to withdraw Dr. Stoll and all his work immediately. Of course, we have no objection to any work performed by Dr. Zeman that does not rely on Dr. Stoll or his purported "examination" or testing.

To make matters worse, Dr. Stoll appears to have a heightened sense of self importance. He is essentially unreachable, yet complains, as have you and Chuck, that he isn't given adequate notice. Now, obviously prompted by you and Chuck, Dr. Stoll is engaged in protracted negotiations over his payment for a short deposition. The federal rules are clear on this and your prompting him to be difficult is obvious.

Suffice it to say, we intend to pay Dr. Stoll for the reasonable amount he deserves for his deposition. You conveniently cite no Connecticut or District of Connecticut law and the case you cite, Magee refers to "reasonable fees." How can Dr. Stoll, a PhD demand more than Dr. Zeman, an MD? There is no way Dr. Stoll needs 2 hours to prepare for the deposition and we dispute that is what the court intended. Rather, 30 minutes to review the file is "reasonable" We do not believe plaintiff should incur costs for the defendants' counsel to "prepare" the expert. Please let Dr. Stoll know that pursuant to Federal Rules of Civil Procedure 26(b)(4)(C) we will pay the reasonable fee for his time spent at the deposition but not for his preparation for the deposition or for a minimum four hours. You cite no authority for a "four hour minimum", although should we ever use that amount of time, the expert would be paid.

Unless you withdraw Dr. Stoll as an expert witness in this case, we intend to take his deposition, and then move to strike him as an expert and move for costs and sanctions against you for violating the Rules of Fed. Procedure. Remember, we never agreed that Dr. Stoll was an expert, and it was his role to supposedly administer a psychological test to the plaintiff, which we also did not consent to.. You have abused the IME and expert provisions of the Federal Rules and we will move the court regarding this abuse.

Let's set up a conference call with Judge Fitzsimmons today (Chuck or you and Joe should be here for the Carlson Depo) and let her help.

Tell your "expert" to send the records over today (I am sure you have them) I'll give you the $30.75 check when you bring them. God forbid they don't get that thirty bucks!

We do not intend to have any communication with Dr. Stoll, due to his obnoxious behaviour and expect you to, as his agent, relay all information. Tell Dr. Stoll not to expect to leave at noon, since we may have to speak to the court before we start and that may change.

Have a good day.

Sincerely,

James S. Brewer

cc: Joseph McQuade, Esq, (fax 493-0871)

BREWER & O'NEIL, LLC
ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
ERIN I. O'NEIL

January 29, 2004

Gregg P. Goumas, Esq
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Re: Fago v. City of Hartford

Dear Mr. Goumas:

The deposition of Dr. Stoll scheduled for tomorrow at 10:00 am will not be going forward as scheduled. We intend to file a Motion to Strike his testimony as an expert witness in Fago v. City of Hartford, due to the recent correspondence that has transpired regarding his testimony. At this point it is more appropriate to file this motion to strike than to waste time on taking Dr. Stoll's deposition.

Sincerely,

Erin I. O'Neil

cc:
Dr. Stoll
Atty. McQuade
A Plus

EIO / ljl

BREWER & O'NEIL, LLC
ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
ERIN I. O'NEIL

January 30, 2004

Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

**RE: Michael J. Fago v. City of Hartford, et al.**
**DOCKET NO.: 3:02CV1189(AHN)**

Dear Greg:

I am in receipt of your January 29, 2004 letter. In no way am I disregarding Judge Fitzsimmons's ruling. The issue of Dr. Stoll is no longer a discovery issue. It is a trial issue to be resolved in the future.

Sincerely,

Erin I. O'Neil

cc: McQuade