UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | **FILED** 2004 APR 23 A 10: 14 | CIVIL ACTION NO. |
| PLAINTIFF, | U.S. DISTRICT COURT BRIDGEPORT, CONN | NO.: 3:02CV1189(AHN) |
| VS. | | |
| CITY OF HARTFORD; ET AL., | | |
| DEFENDANTS. | | April 22, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 6(b) of the Local Rules of Civil Procedure, plaintiff hereby respectfully moves for a Fourteen (14) day extension of time in order to respond to defendants' Joint Motion for Sanctions. The opposition is due on April 23, 2004, and we ask until May 7, 2004 to repond.

Attorney Brewer, plaintiff's counsel and the subject of the motion for sanctions, is out of the office on pre-scheduled personal leave. Because of the nature of this motion, plaintiff cannot file an opposition until Brewer returns to the office.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel McQuade does not object to this Motion for an Extension of Time, and Mr. Goumas stated that he has not position on this motion.

THE PLAINTIFF,

BY: _____
Erin L. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this April 22, 2004, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

 

Erin I O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073