UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO : CIVIL ACTION NO.

       PLAINTIFF, : NO.: 3:02CV1189(AHN)

VS. :

CITY OF HARTFORD; ET AL., :

       DEFENDANTS. : April 22, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 6(b) of the Local Rules of Civil Procedure, plaintiff hereby respectfully moves for a Fourteen (14) day extension of time in order to respond to defendants' Joint Motion for Sanctions. The opposition is due on April 23, 2004, and we ask until May 7, 2004 to repond.

Attorney Brewer, plaintiff's counsel and the subject of the motion for sanctions, is out of the office on pre-scheduled personal leave. Because of the nature of this motion, plaintiff cannot file an opposition until Brewer returns to the office.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel McQuade does not object to this Motion for an Extension of Time, and Mr. Goumas stated that he has not position on this motion.

                                  THE PLAINTIFF,

                                  BY: _____
                                  Erin L. O'Neil, Esq.
                                  Brewer & O'Neil
                                  818 Farmington Avenue
                                  West Hartford, CT 06119
                                  (860)523-4055
                                  Federal Bar #ct23073

4/27/04 GRANTED. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.