UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** : | **CIVIL ACTION NO.** |
| Plaintiff, : | **3:02CV1189 (AHN)** |
| v. : | |
| : | |
| **CITY OF HARTFORD, ET AL.** : | |
| Defendants. : | **APRIL 30, 2004** |
| : | |

## MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS
## MCCLURE, JOBES AND RUSSELL

Pursuant to Fed. R. Civ. P. 56, Defendants Nancy McClure, Patrick Jobes and Robert Russell respectfully move for summary judgment on all claims contained in Plaintiff's Complaint in which they are named. Summary Judgment should enter for the following reasons:

1. McClure, Jobes and Russell were not personally involved in the decision to return Plaintiff to the rank of sergeant and, consequently, cannot be held liable pursuant to 42 U.S.C. §1983;

2. The actions of McClure, Jobes and Russell did not proximately cause Plaintiff to be returned to the rank of sergeant and, consequently, they cannot be held liable under 42 U.S.C. §1983 nor can they be held liable for intentional infliction of emotional distress;

3. Plaintiff cannot produce sufficient evidence of racial animus to support an Equal Protection claim against McClure Jobes or Russell, nor can he establish a hostile work environment;

4. Plaintiff has not engaged in speech regarding a matter of public concern and, therefore, cannot support a First Amendment retaliation claim against McClure, Jobes or Russell;

5. Plaintiff cannot demonstrate that McClure, Jobes or Russell retaliated against him for his testimony in the sergeants' case;

6. McClure, Jobes and Russell are entitled to the protections of Qualified Immunity;

7. Plaintiff cannot establish a viable claim of intentional infliction of emotional distress against McClure, Jobes or Russell;

8. Any alleged defamatory statements made by McClure, Jobes or Russell are absolutely immune from defamation liability because Pawlina's investigation was a quasi-judicial proceeding; and

9. The alleged defamatory statements attributed to McClure, Jobes and Russell are either true or expressions of opinion and are not actionable as defamatory.

In further support of this motion, the Defendants rely upon the accompanying Memorandum of Law in Support, their Rule 56(a)(1) Statement of Facts Not in Dispute and accompanying affidavits and materials.

DEFENDANTS,
NANCY MCCLURE, PATRICK JOBES AND
ROBERT RUSSELL

By _____
    Joseph W. McQuade, ct12121
    jmcquade@kemlaw.com
    Jennifer Lian Dixon, ct15914
    jdixon@kemlaw.com
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Summary Judgment by Defendants McClure, Jobes and Russell was sent via first class U.S. mail on this the 30th day of April, 2004 to:

| | |
|---|---|
| James S. Brewer, Esq. | Charles L. Howard, Esq. |
| Erin I. O'Neil, Esq. | Gregg P. Goumas, Esq. |
| Brewer & O'Neil, LLC | Derek Mogck, Esq. |
| 818 Farmington Avenue | Shipman & Goodwin, LLP |
| West Hartford, CT  06119 | One American Row |
| | Hartford, CT  06103-2819 |

_____
    Joseph W. McQuade

11910