UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:02CV1189 (AHN)** |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| Defendants. | : | **APRIL 30, 2004** |
| | : | |

## EXHIBIT LIST

A.   Relevant portions of the Deposition of Michael J. Fago and selected Exhibits.

B.   Relevant portions of the July 30, 2003 Deposition of Kevin Jones.

C.   Relevant portions of the September 17, 2003 Deposition of Joseph Buyak III.

D.   Relevant portions of the January 29, 2003 Deposition of Nancy McClure.

E.   Relevant portions of the January 9, 2003 Deposition of Patrick Jobes.

F.   Relevant portions of the February 9, 2004 Deposition of Mark Pawlina.

G.   Relevant portions of the August 21, 2003 Deposition of William P. Reilly.

H.   Relevant portions of the February 4, 2004 Deposition of Elizabeth Dunn.

I.   Relevant portions of the Deposition of Bruce Marquis.

J.   Relevant portions of the May 6, 2003 Deposition of Richard Calderone.

K.   Affidavit of Robert Russell.

L.   Affidavit of Nancy McClure.

M.     Affidavit of Patrick Jobes.

N.     <u>City of Hartford v. Local 1716, Council 4, AFSCME, AFL-CIO</u>, Case No. MPP-18,293, Connecticut State Board of Labor Relations, Decision No. 3785, August 22, 2000.

O.     <u>Camacho v. Fairfield County</u>, 2004 U.S. Dist. LEXIS 4296 at *18 (D. Conn. March 12, 2004

P.     <u>Roberts-Goodell v. Killeen</u>, 3:94CV25 (AHN), 1997 U.S. Dist. LEXIS 19720 at *7 (D. Conn. Nov. 4, 1997)

Q.     <u>Colon v. Town of West Hartford</u>, 2001 U.S. Dist. LEXIS 484 (D. Conn. Jan. 5, 2001)

13717

2