**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:02CV1189 (AHN)** |
| **v.** | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| **Defendants.** | : | **APRIL 30, 2004** |
| | : | |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants Nancy McClure, Patrick Jobes and Robert Russell

have manually filed the exhibits to their Motion for Summary Judgment and supporting papers.

These exhibits have not been filed electronically because the electronic file size of the

documents greatly exceed 1.5 megabytes.

These exhibits have been manually served on all parties.

DEFENDANTS,
NANCY MCCLURE, PATRICK JOBES AND
ROBERT RUSSELL

By_____
Joseph W. McQuade, ct12121
jmcquade@kemlaw.com
Jennifer Lian Dixon, ct15914
jdixon@kemlaw.com
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Notice of Manual Filing was sent via first

class U.S. mail on this the 30th day of April, 2004 to:

James S. Brewer, Esq.                     Charles L. Howard, Esq.
Erin I. O'Neil, Esq.                      Gregg P. Goumas, Esq.
Brewer & O'Neil, LLC                      Derek Mogck, Esq.
818 Farmington Avenue                     Shipman & Goodwin, LLP
West Hartford, CT  06119                  One American Row
                                          Hartford, CT  06103-2819



                                            Joseph W. McQuade

13771

2