UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO,<br>    Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1189 (AHN) |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, ET AL. | : | |
|     Defendants. | : | April 30, 2004 |

## MOTION FOR PERMISSION *NUNC PRO TUNC* TO FILE MEMORANDUM OF LAW IN EXCESS OF FORTY PAGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele hereby move for permission *nunc pro tunc* to file a Memorandum in excess of forty (40) pages in Support of their Motion for Summary Judgment. Defendants seek permission to file a memorandum that is forty-seven (47) pages in length.

Plaintiff's Second Amended Complaint, dated July 29, 2003, alleges multiple theories for relief against all seven of the above defendants. Specifically, the First Count alleges Fourteenth Amendment equal protection violations as to all individual defendants. The Second Count alleges Fourteenth Amendment procedural and substantive due process violations as to defendants Marquis, Jones and Pawlina. The Third Count alleges First Amendment violations as to all individual defendants. In the Sixth Count, plaintiff alleges violations under 42 U.S.C. § 1983 and 42 U.S.C. § 2000e et seq. as to the City of Hartford. Lastly, in Counts Five and Six, plaintiff asserts common law claims for intentional infliction of emotional distress and defamation.

Due to the number of legal theories asserted by plaintiff and the number of defendants, it was not possible to respond to all such claims within the forty-page limitation. Plaintiff's counsel, Erin O'Neil-Baker, objects to this Motion. Joseph McQuade, counsel for defendants Patrick Jobes, Robert Russell and Nancy McClure, has no objection.

WHEREFORE, the Police Defendants request that their Motion be granted.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Derek L. Mogck
Federal Bar No. 23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5699
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Permission to File Brief in Excess of Forty (40) Pages was sent by U.S. Mail, postage prepaid, this 30th day of April 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Derek L. Mogck

370709 v.01 S1