UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -5 P 12: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

MICHAEL J. FAGO             :    CIVIL ACTION NO.

    PLAINTIFF,          :    NO. 3:02CV1189(AHN)

VS.                         :

CITY OF HARTFORD; ET AL.,   :

    DEFENDANTS.         :    MAY 3, 2004

### MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a 30 day extension of time in order to respond to defendants McClure, Jobes and Russell, Motion for Summary Judgment. The opposition is currently due on May 21, 2004, the plaintiff requests until June 21, 2004 to respond due to a busy trial schedule.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel McQuade he does not object to this Motion for an Extension of Time.

THE PLAINTIFF

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

FILED 2004 MAY -6 P 19 U.S. DISTRICT COURT BRIDGEPORT CONN

5/06/04 GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.