UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02CV1189(AHN) |
| VS. | : |
| CITY OF HARTFORD; ET AL., | : |
| DEFENDANTS. | : MAY 7, 2004 |

2004 MAY 10 P 12:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a 30 day extension of time in order to respond to Police defendants' Motion for Summary Judgment. The opposition is currently due on May 21, 2004, the plaintiff requests until June 21, 2004 to respond due to a busy trial schedule.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel and he does not object to this Motion for an Extension of Time.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this May 7, 2004, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                  Erin I O'Neil, Esq.
                                                  Brewer & O'Neil
                                                  818 Farmington Avenue
                                                  West Hartford, CT 06119
                                                  (860)523-4055
                                                  Federal Bar #ct23073