UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,
    Plaintiff,

vs.

CITY OF HARTFORD, ET AL.
    Defendants.

:    CIVIL ACTION NO.
:    3:02-cv-1189 (AHN)
:
:
:
:    May 14, 2004

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF MOTION FOR SANCTIONS**

Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele respectfully give notice of the attached Ruling on Motion for Sanctions against Attorney James S. Brewer in Russo v. City of Hartford, Case Nos. 3:97-cv-2380(JCH)(lead case), 3:00-cv-2382(JCH) and 3:00-cv-1794(JCH). In its Ruling, the Court sanctions Attorney Brewer for his disruptive and abusive conduct during several depositions. This additional authority is relevant to footnote 2 of the defendants' Joint Motion of Sanctions dated April 2, 2004.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By /s/ Charles L. Howard
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Derek L. Mogck
Federal Bar No. 23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5699
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Supplemental Authority was sent by U.S. Mail, postage prepaid, this 14th day of May 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

372006 v.01 S1