UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,
    Plaintiff,

vs.

CITY OF HARTFORD, ET AL.
    Defendants.

CIVIL ACTION NO.
3:02-cv-1189 (AHN)

April 30, 2004

## MOTION FOR PERMISSION *NUNC PRO TUNC* TO FILE MEMORANDUM OF LAW IN EXCESS OF FORTY PAGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele hereby move for permission *nunc pro tunc* to file a Memorandum in excess of forty (40) pages in Support of their Motion for Summary Judgment. Defendants seek permission to file a memorandum that is forty-seven (47) pages in length.

Plaintiff's Second Amended Complaint, dated July 29, 2003, alleges multiple [claims] for relief against all seven of the above defendants. Specifically, the First Count [alleges] Fourteenth Amendment equal protection violations as to all individual defendants. [The Second] Count alleges Fourteenth Amendment procedural and substantive due process violations as to defendants Marquis, Jones and Pawlina. The Third Count alleges First Amendment violations as to all individual defendants. In the Sixth Count, plaintiff alleges violations under 42 U.S.C. § 1983 and 42 U.S.C. § 2000e et seq. as to the City of Hartford. Lastly, in Counts Five and Six, plaintiff asserts common law claims for intentional infliction of emotional distress and defamation.

FILED 2004 MAY 20 A 10:00 U.S. DISTRICT COURT BRIDGEPORT, CONN.

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
GRANTED

FILED 2004 APR 30 P 4:53 US DISTRICT COURT BRIDGEPORT