UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO,                    :
      Plaintiff,                  :        CIVIL ACTION NO.
                                  :        3:02-cv-1189 (AHN)
vs.                                :
                                  :
CITY OF HARTFORD, ET AL.            :
      Defendants.                 :        April 30, 2004

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants City of

Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz

and Stephen Miele hereby move for Summary Judgment on Plaintiff's Second Amended

Complaint, dated July 29, 2003, in its entirety.

In support of their Motion, defendants rely upon an accompanying Memorandum

of Law, Local Rule 56(a)1 Statement and Appendices A through D to their Motion for

Summary Judgment.

WHEREFORE, defendants request that judgment enter in their favor as a matter

of law.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By _____

    Charles L. Howard
    Federal Bar No. CT 05366
    Gregg P. Goumas
    Federal Bar No. 19095
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    Tel: (860) 251-5000
    Fax: (860) 251-5699
    Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Summary Judgment was sent by U.S. Mail, postage prepaid, this 30th day of April 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Derek L. Mogck

370709 v.01 S1

3