UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1189 (AHN) |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, ET AL. | : | |
| Defendants. | : | April 30, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants City of Hartford, Bruce Marquis, Kevin Jones,

Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele have manually filed

the following document: **Appendices A through D to their Motion for Summary**

**Judgment dated April 30, 2004**.

This document has not been filed electronically because

[ X ]  the electronic file size of the document exceeds 1.5 megabytes

The document has been manually served on all parties.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was sent by U.S. Mail, postage prepaid, this 30th day of April 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Gregg P. Goumas

370710 v.01 S1

2