# United States District Court
## District of Connecticut

Michael J. Fago,
*Plaintiff*
              v.                    Case No. 3:02cv1189(AHN)

City of Hartford, *et al.*
*Defendant*s

**FILED**

2004 JUN -1  P 4: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**X**    A ruling on the following motions which are currently pending: (orefm.)

Defendants' Motion to Compel Payment of Expert Witness Fees and for Attorneys' Fees **[#89-1]**
Defendants' Joint Motion for Sanctions **[#90-1]**

____  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

SO ORDERED this __1st__ day of __June__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE