**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| | : | |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, ET AL., | : | |
| | : | |
| DEFENDANTS. | : | June 1, 2004 |

## **APPEARANCE**

Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

                                        PLAINTIFF,


                                        BY:_____
                                        Alyssa S. Vigue
                                        Brewer & O'Neil, LLC
                                        818 Farmington Avenue
                                        West Hartford, CT 06119
                                        Federal Bar #ct 25178
                                        Tel.: (860)523-4055
                                        Fax: (860) 233-4215
                                        avigue@brewerandoneil.com

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed, postage prepaid, this June 1, 2004, to the following:

Charles L. Howard
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Alyssa S. Vigue