UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 24 P 12: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHAEL J. FAGO

    PLAINTIFF,

VS.

CITY OF HARTFORD; ET AL.,

    DEFENDANTS.

CIVIL ACTION
NO.: 3:02CV1189(AHN)

JUNE 22, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for an extension of time of (15) days in order to file a joint response to Defendants McClure, Jobes and Russell's Motion for Summary Judgment and Police Defendants' Motion for Summary Judgment. Plaintiff's Joint Motion in Opposition is currently due on July 11, 2004. The new deadline would be July 26, 2004.

    Plaintiff requests this extension of time due to a busy deposition schedule and similar motions for summary judgment in other cases. This is plaintiff's second request for an extension of time for the purposes of submitting a joint response to the Police Defendants' Motion for Summary Judgment and the Defendants McClure, Jobes and Russel's Motion for Summary Judgment. Plaintiff requests this second extension because the undersigned is new counsel on the case and more time than originally estimated is required to prepare due to the voluminous file and the fact that defendant's motions are beyond the page limits.

6/30/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.