UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | JULY 21, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for an extension of time of (15) days in order to file a joint response to Defendants McClure, Jobes and Russell's Motion for Summary Judgment and Police Defendants' Motion for Summary Judgment. Plaintiff's Joint Motion in Opposition is currently due on July 26, 2004. The new deadline would be August 9, 2004.

Plaintiff requests this extension of time due to a busy deposition schedule and similar motions for summary judgment in other cases. This is plaintiff's third request for an extension of time for the purposes of submitting a joint response to the Police Defendants' Motion for Summary Judgment and the Defendants McClure, Jobes and Russel's Motion for Summary Judgment. Plaintiff requests this extension because the undersigned is new counsel on the case and more time than originally estimated is required to prepare due to the voluminous file and the fact that defendant's motions are beyond the page limits.

Greg Goumas, counsel for the Police Defendants objects to this motion and Joseph

McQuade, counsel for defendants McClure, Jobes and Russell, has no position.

                        THE PLAINTIFF,
                        MICHAEL FAGO

BY:_____
    Alyssa S. Vigue
    Brewer & O'Neil
    818 Farmington Avenue
    West Hartford, CT 06119
    (860)523-4055
    Federal Bar #ct25178

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this July 21, 2004, to the following:

Charles L. Howard
Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                           _____
Alyssa S. Vigue
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct25178