85

02cv1189 mev
District of Connecticut
FILED AT BRIDGEPORT

February 24 2004
O. Mach

Ray

FILED

2004 MAY 28 P 1:17
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

02cv1189 end

May 26, 2004.
GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A).)

Alan H. Nevas, USDJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | :    CIVIL ACTION NO. |
| PLAINTIFF, | : |
| | :    NO.: 3:02CV1189(AHN) |
| VS. | : |
| | : |
| CITY OF HARTFORD; ET AL., | : |
| | : |
| DEFENDANTS. | :    FEBRUARY 23, 2004 |

## MOTION FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES

### I.   INTRODUCTION

On December 29, 2003, the court issued an order granting sanctions against Attorney Brewer for the defendants' cost of filing the Motion to Compel the plaintiff's deposition. In accordance with the court's order, the defendants submitted a statement of fees and costs totaling $ 2,803.50 to file the defendants' Motion to Compel the plaintiff's deposition. (See Bill of Costs attached.) The plaintiff objects to the defendants' costs and now submits this Bill of Costs for the Court's review for the reasons stated below.

### II.   FACTS RELEVANT TO PRESENT MOTION

The defendants claim that it took a collective effort between Attorneys Howard, Goumas and Mogck, 13.1 hours to draft, research, review and revise the Motion to Compel itself. It took an additional 1.1 hours to write a letter to Attorney Brewer and collect the exhibits for the Motion. The defendants claim that 1.5 hours were spent on September 17, 2003, revising and finalizing the Motion to Compel, but the Motion was filed on September 17, 2003, and defense counsel was attending the all day deposition of the defendant, Joseph Buyak on September 17, 2003.