UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED** 2004 MAY 10 P 12:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | (AHN) |
| VS. | : | |
| CITY OF HARTFORD; ET AL., | : | |
| DEFENDANTS. | : | MAY 7, 2004 |

7/29, 2004 GRANTED
SO ORDERED  ALAN H. NEVAS, U.S.D.J.

## MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a 30 day extension of time in order to respond to Police defendants' Motion for Summary Judgment. The opposition is currently due on May 21, 2004, the plaintiff requests until June 21, 2004 to respond due to a busy trial schedule.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel and he does not object to this Motion for an Extension of Time.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073