FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO | CIVIL ACTION NO. |
| PLAINTIFF, | NO.: 3:02CV1189(AHN) |
| VS. | |
| CITY OF HARTFORD; ET AL., | |
| DEFENDANTS. | MAY 24 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for an extension of time in order to file a joint response to Defendants McClure, Jobes and Russell's Motion for Summary Judgment and Police Defendants' Motion for Summary Judgment. One opposition is currently due on June 21, 2004, and the other is due on June 11, 2004. The plaintiff would like to file a joint response 30 days after the June 11, 2004 deadline, making the new deadline July 11, 2004.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to the Police Defendants' Motion for Summary Judgment and the second extension of time to respond Defendants McClure, Jobes and Russel's Motion for Summary Judgment. Greg Goumas, counsel for the Police Defendants, takes no position and Joseph McQuade, counsel for defendants McClure, Jobes and Russell, does not object.

SO ORDERED 7.20.04 GRANTED
ALAN H. NEVAS, U.S.D.J.