UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | August 6, 2004 |

**MOTION FOR RECONSIDERATION
OF COURT'S RULING ON PLAINTIFF'S MOTION
<u>FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES</u>**

Pursuant to District of Connecticut Local Rule 7(c), defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (the "City Defendants") respectfully request that the Court reconsider its May 26, 2004 Order (the "May 26 Order") granting plaintiff's Motion for Review of Defendant's Attorney's Fees ("Motion for Review"). In addition, as discussed further below, because counsel for the City Defendants did not receive timely notice of the May 26 Order, the Court should also deem this Motion to be timely filed in accordance with the requirements of Local Rule 7(c). In support of this Motion, the City Defendants respectfully represent as follows:

1.      On December 31, 2003 the Court granted defendants' Motion to Compel the continuation of plaintiff's deposition and for sanctions [doc # 50] against plaintiff's counsel, James S. Brewer.  The Court's Order [doc #78] also directed defense counsel to submit to plaintiff a statement of fees and costs, which defense counsel did on January 30, 2004.  If plaintiff objected to the defense counsel's fees, according to the Court's Order, plaintiff was to file an objection with the Court within ten (10) days of receipt of the statement.

2.      On February 25, 2004, plaintiff filed a Motion for Extension of Time to Submit a Motion for Review of Defendants' Attorney's Fees *Nunc Pro Tunc* ("Motion for Extension of Time"), along with its Motion for Review [doc # 81].  On March 2, 2004, the City Defendants filed a Memorandum in Opposition to Plaintiff's Motion for Extension of Time ("Memorandum in Opposition"), which also included the City Defendant's substantive opposition to plaintiff's Motion for Review [doc # 82].  See Memorandum in Opposition at 5-7.  On March 9, 2004, the Court granted plaintiff's Motion for Extension of Time.

3.      On May 26, 2004, the Court granted plaintiff's Motion for Review "Absent Opposition" (the "May 26 Order").  However, the City Defendants did, in fact, include a substantive opposition to plaintiff's Motion for Review as part of their March 2nd Memorandum in Opposition.  Although the Court granted plaintiff's Motion for Review on

May 26th, counsel did not receive notice or have knowledge of the May 26 Order until it was distributed via electronic mail on Monday, August 2, 2004. See Email from CMECF@ctd.uscourts.gov attached at Tab 1. This Motion is being filed within ten (10) days of receipt of the May 26 Order.

WHEREFORE, the City Defendants respectfully request that the Court: (1) grant their Motion for Reconsideration; (2) consider their opposition to Plaintiff's Motion for Review as contained in their Memorandum in Opposition at pages 5-7 [doc #82]; and (3) deny plaintiff's Motion for Review.

        THE DEFENDANTS
        CITY OF HARTFORD, BRUCE MARQUIS,
        KEVIN JONES, MARK PAWLINA,
        JOSEPH BUYAK, MARK RUDEWICZ and
        STEPHEN MIELE

By /s/ Charles L. Howard
    Charles L. Howard
    Federal Bar No. CT 05366
    Gregg P. Goumas
    Federal Bar No. 19095
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5214
    Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Reconsideration was sent by U.S. Mail, postage prepaid, this 6th day of August 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Gregg P. Goumas

378737 v.01 S1

# TAB 1

## Banister, Theresa

**From:** CMECF@ctd.uscourts.gov
**Sent:** Monday, August 02, 2004 12:29 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-01189-AHN Fago v. Hartford, et al "Order on Motion for Attorney Fees"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Cody, C. entered on 8/2/2004 at 12:29 PM EDT and filed on 5/28/2004
**Case Name:**         Fago v. Hartford, et al
**Case Number:**    3:02-cv-1189
**Filer:**
**Document Number:** 110

**Docket Text:**
ORDER granting [85] Motion for Attorney Fees . Signed by Judge Alan H. Nevas on 5/26/04. (Cody, C.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=8/2/2004] [FileNumber=274549-0]
[aaf6dd7ec0105588f7c8b0c98cb640711380b826c5141576d3f5473b883cfc2cb9b6b
05ff35fc444802dcd8a847cbbb983d01432c293c7a48c44e9a75687f386]]

**3:02-cv-1189 Notice will be electronically mailed to:**

James S. Brewer    jbrewer@brewerandoneil.com

Jennifer L. Dixon    jdixon@kemlaw.com,

Gregg Peter Goumas    ggoumas@goodwin.com,

Charles L. Howard    choward@goodwin.com, tbanister@goodwin.com

Joseph W. McQuade    jmcquade@kemlaw.com,

8/2/2004

Derek L. Mogck    dmogck@goodwin.com, chonorowski@goodwin.com

Erin I. O'Neil-Baker    erinoneilbaker@hotmail.com

John P. Shea    jshea@sabiahart.com,

Alyssa S. Vigue    avigue@brewerandoneil.com,

**3:02-cv-1189 Notice will be delivered by other means to:**

8/2/2004