UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1189 (AHN) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| Defendants. | : | AUGUST 6, 2004 |
| | : | |

## JOINT MOTION IN OPPOSITION TO THREE DEFENDANTS AND POLICE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56, plaintiff hereby opposes the Motion for Summary Judgment by Defendants Nancy McClure, Patrick Jobes and Robert Russell ("Three Defendants"), and the Motion for Summary Judgment by Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele ("Police Defendants").

In support of this joint motion in opposition, plaintiff relies upon the accompanying Memorandum of Law in Support, the Rule 56(a)(2) Statement of Facts in Dispute and the accompanying affidavits and materials.

PLAINTIFF,

MICHAEL FAGO

By:_____
James S. Brewer
818 Farmington Ave.
West Hartford, CT 06119
Phone: (860) 523-4055
Fax: (860) 233-4215
jimsbrewer@comcast.net
Federal Bar # CT 07019

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, this August 6, 2004, to the following:

Charles L. Howard
Gregg P. Goumas
Derek L. Mogck
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                _____
                Erin I. O'Neil
                Brewer & O'Neil, LLC
                818 Farmington Avenue
                West Hartford, CT 06119
                Telephone: (860) 523-4055
                Facsimile: (860) 233-4215
                Federal Bar #ct23073