UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1189 (AHN) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| Defendants. | : | AUGUST 6, 2004 |
| | : | |

### MOTION FOR PERMISSION TO FILE MEMORANDUM OF LAW IN EXCESS OF FORTY PAGES IN SUPPORT OF JOINT OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY THREE DEFENDANTS AND POLICE DEFENDANTS

Plaintiff hereby moves for permission to file a Memorandum in Support of their Joint Motion in Opposition to Three Defendants and Police Defendants Motions for Summary Judgment in excess of forty pages, pursuant to L. R. Civ. P. 7(a)(2). Plaintiff requests permission to file a memorandum that is fifty four (54) pages in length.

Police Defendants filed a memorandum of law that was in excess of 40 pages and Three Defendants filed a motion and memorandum of law in support that was exactly 40 pages in length. For the purposes of judicial economy, plaintiff seeks to respond to both of the motions for summary judgment, which raise similar if not duplicate issues, in one memorandum of law. Because plaintiff is responding to eighty seven (87) pages of defendant memorandum of law, it is not possible to respond to all such claims within the forty-page limitation. Police Defendants were granted their motion for excess pages, and plaintiff respectfully requests the same.

        PLAINTIFF,

        MICHAEL FAGO

By:_____
    Erin I. O'Neil, Esq.
    Brewer & O'Neil, LLC
    818 Farmington Ave.
    West Hartford, CT 06119
    Telephone: (860) 523-4055
    Facsimile: (860) 233-4215
    Federal Bar #ct23073

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, this August 6, 2004, to the following:

Charles L. Howard
Gregg P. Goumas
Derek L. Mogck
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                _____
                Erin I. O'Neil
                Brewer & O'Neil, LLC
                818 Farmington Avenue
                West Hartford, CT 06119
                Telephone: (860) 523-4055
                Facsimile: (860) 233-4215
                Federal Bar #ct23073