UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL J. FAGO** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:02CV1189 (AHN)** |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL.** | : | |
| Defendants. | : | **AUGUST 13, 2004** |
| | : | |

## MOTION FOR EXTENSION OF TIME

In accordance with D. Conn. L. Civ. R. 7(b), defendants Nancy McClure, Patrick Jobes and Robert Russell (collectively, the "Three Defendants"; and together with all defendants, the "Defendants"), joined by counsel for the remaining Defendants (the "Police Defendants"), respectfully move for an extension of time up to and including September 3, 2004 in which to file their Reply Brief(s) in response to Plaintiff's Joint Opposition to the Defendants' Motions for Summary Judgment. In support hereto, the undersigned represents as follows:

1. The Defendants filed their Motions for Summary Judgment on or about April 30, 2004;

2. Plaintiff requested and was granted numerous extensions of time in which to submit their opposition and the undersigned consented to all such requests for an extension;

3. The undersigned received Plaintiff's Joint Opposition on Tuesday, August 10, 2004;

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. Plaintiff's Joint Opposition exceeds forty pages and addresses numerous issues;

5. The undersigned will be on vacation for the entirety of next week and a portion of the following week;

6. Additional time is necessary to properly evaluate the arguments and evidence raised in Plaintiff's Joint Opposition;

7. This is the first motion for extension of time submitted with respect to the deadline for submission of summary judgment reply briefs;

8. The undersigned has spoken to Charles Howard, counsel to the Police Defendants, who joins in this request and left a message for Plaintiff's counsel but has not received a reply as to their position.

                DEFENDANTS,
                NANCY MCCLURE, PATRICK JOBES AND
                ROBERT RUSSELL

By_____
    Joseph W. McQuade, ct12121
    jmcquade@kemlaw.com
    Jennifer Lian Dixon, ct15914
    jdixon@kemlaw.com
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Reply Brief of Defendants McClure, Jobes and Russell was sent via first class U.S. mail on this the 13th day of August, 2004 to:

James S. Brewer, Esq.  
Erin I. O'Neil, Esq.  
Brewer & O'Neil, LLC  
818 Farmington Avenue  
West Hartford, CT  06119

Charles L. Howard, Esq.  
Gregg P. Goumas, Esq.  
Derek Mogck, Esq.  
Shipman & Goodwin, LLP  
One American Row  
Hartford, CT  06103-2819

                                      Joseph W. McQuade

15081