UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO,<br>　　　Plaintiff, | : | CIVIL ACTION NO.<br>3:02-cv-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al.<br>　　　Defendants. | : | September 2, 2004 |

## DEFENDANTS' JOINT MOTION TO STRIKE

Defendants City of Hartford ("City"), Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele, Patrick Jobes, Nancy McClure and Robert Russell respectfully move to strike portions of the Affidavits of Michael Fago and Daniel Albert submitted in opposition to defendants' Motions for Summary Judgment because many of the statements contained therein are conclusory and/or not based on the affiant's personal knowledge. Specifically, defendants move to strike the following:

Fago Affidavit:

¶ 2. Russell and Jobes were very angry about my testimony in the "Sergeants' Case" and took the fact that I testified for the City as a personal attack that led them to retaliate against me by making false allegations to Pawlina and IAD investigators.

¶ 3. The false allegations included in the interrogatories from Jobes, Miele and Even did not support the false allegations made by McClure and Rudewicz, but indicate the collusion and join efforts of these defendants to bring about my demotion.
…

¶ 5. McClure was never disciplined for making false allegations in regards to the Stairwell incident.

**ORAL ARGUMENT IS REQUESTED**

¶ 6. Pawlina completed a flawed investigation contrary to the Anti-Harassment policy, out of racial animus, and in order to make it possible to promote black men to the position of lieutenant.

¶ 7. Pawlina improperly excluded exculpatory evidence from his investigative packet in order to support his conclusion that I should be demoted.

¶ 8. Pawlina's alteration of my interim probationary evaluation was not based upon any substantiated events. His excuse for altering the evaluation indicates that the real reason was improper.

¶ 9. The individuals listed in my interrogatories and in my deposition are not an all-inclusive list of HPD members who were similarly situated and disparately treated.

...

¶ 11. Sometime before July 15, 2004, I became aware of questionable behavior by Miele, in the form of a sexually explicit voicemail, and by McClure, in the form of lying about funeral leave in order to obtain time off. When I brought these concerns to the attention of Jones, he dismissed them and retaliated against me [sic] for this lawsuit, my testimony/affidavits in other lawsuits, and my "whistle-blowing activities by sending me to conflict resolution training with no prior warning or justification.

...

¶ 13. Vague and ambiguous questions contained in Pawlina's interrogatories and in the subsequent IAD interviews violated my *Garrity* Rights, which require narrowly tailored questioning in order to prevent the type of abuse and harassment evidenced in Pawlina's investigation.

...

¶ 15. The individuals listed in the Police Defendants Statement of Undisputed facts, paragraph 123 violated the Code of Conduct and were not disciplined or demoted and therefore demonstrate disparate treatment within the HPD.

Albert Affidavit:

¶ 2. Insofar as it states that "and it was unsupported."

¶ 4. Insofar as it states that "I was falsely accused of stealing newspapers, and various members of the HPD began a campaign to undermine my career and destroy my position within the Department. I was maliciously investigated

prompted by a false complaint by disgruntled subordinates" and "for this racially motivated conduct."

In addition, the events referred to in Paragraph 11 of Fago's Affidavit are not part of his July 29, 2003 Amended Complaint in this action and are not properly before the Court. For the reasons discussed in the accompanying Memorandum of Law, the defendants respectfully request that their Motion to Strike be granted.

                THE DEFENDANTS
                CITY OF HARTFORD, BRUCE MARQUIS,
                KEVIN JONES, MARK PAWLINA,
                JOSEPH BUYAK, MARK RUDEWICZ and
                STEPHEN MIELE

By _____
    Charles L. Howard
    Federal Bar No. CT 05366
    Gregg P. Goumas
    Federal Bar No. 19095
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5214
    Their Attorneys

DFENDANTS,
PATRICK JOBES, ROBERT RUSSELL and
NANCY MCCLURE

By _Joseph W. McQuade / w permission MPM_
Joseph W. McQuade
Federal Bar No. CT 12121
Kainen, Escalera & McHale, PC
21 Oak Street, Suite 601
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871

4

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Strike was sent by U.S. Mail, postage prepaid, this 1st day of September 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Chambers Copy to:

The Honorable Alan H. Nevas
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Gounas

380457 v.01 S1

5