131

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2004 SEP 17 P 12: 25

U.S. DISTRICT COURT

MICHAEL J. FAGO                       :       CIVIL ACTION NO.
                                      :
         PLAINTIFF,                   :       3:02CV1189(AHN)
                                      :
VS.                                   :
                                      :
CITY OF HARTFORD; ET AL.,             :
                                      :
         DEFENDANTS.                  :       September 16, 2004

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby moves for an extension of time to respond to the defendant's Motion to Strike. The current deadline to respond is September 23, 2004. On September 14, 2004, the undersigned was notified that on September 24, 2004, oral argument on seven Motions for Summary Judgment in the case of <u>Russo v. Hartford</u>, is scheduled. This oral argument requires an extensive and comprehensive review of thousands of pages of pleadings. The undersigned is not able to commit enough time to the opposition in the present case to properly oppose the defendants' Motion and therefore requests a thirty day extension until October 23, 2004, to file an opposition. This is the plaintiff's first request for an extension of time. The undersigned contacted Attorney Goumas for his position and was not able to obtain his position at the time of this Motion was sent.

PLAINTIFF
BY: _____
         Erin I. O'Neil
         Brewer & O'Neil, LLC
         818 Farmington Avenue
         West Hartford, CT 06119
         (860)523-4055 Federal Bar #ct 23073

9/20/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.