UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02-cv-1189 (AHN) |
| vs. | : | |
| CITY OF HARTFORD, et al.<br>Defendants. | : | September 2, 2004 |

**POLICE DEFENDANTS' MOTION**
***NUNC PRO TUNC* FOR PERSMISSION TO FILE**
**REPLY MEMORANDUM IN EXCESS OF TEN PAGES**

Defendants City of Hartford ("City"), Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (collectively, the "Police Defendants") respectfully request permission to file a Reply to Plaintiff's Opposition to Defendants' Motions for Summary Judgment that is fourteen (14) pages in length. In support of this Motion, the Police Defendants state as follows:

1. Plaintiff has filed a Joint Memorandum in Opposition to Defendants' Motions for Summary Judgment that is fifty-four (54) pages in length.

2. It is simply not possible for the Police Defendants to adequately formulate a reply to all of the issues raised by the plaintiff within the ten (10) page limitation. Police Defendants have attempted in their Reply Memorandum to narrowly focus the relevant issues in order to assist the Court in deciding their Motion for Summary Judgment.

3. The undersigned left a message for plaintiff's counsel, Erin O'Neil, attempting to determine plaintiff's position with respect to this request but has not heard back from her.

**ORAL ARGUMENT IS NOT REQUESTED**

*GRANTED ABSENT OPPOSITION*
*(LOCAL RULE 9 (A) )*
Alan H. Nevas, USDJ