UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>　　Plaintiff, | :<br>:    CIVIL ACTION NO.<br>:    3:02-cv-1189 (AHN) |
| vs. | : |
| CITY OF HARTFORD, ET AL.<br>　　Defendants. | :<br>:    September 2, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (the "Police Defendants") have manually filed the following documents: **Exhibits 1 through 4 to their Reply to Plaintiff's Opposition to their Motions for Summary Judgment.**

These documents have not been filed electronically because

[ X ]  the electronic file size of the document exceeds 1.5 megabytes

These documents have been manually served on all parties.

 

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was sent by U.S. Mail, postage prepaid, this 1st day of September 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

380614 v.01 S1