# United States District Court
# District of Connecticut

Michael J. Fago,
*Plaintiff*
   v.

Case No. 3:02cv1189(AHN)

City of Hartford, *et al.*
*Defendants*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**X** A ruling on the following motions which are currently pending: (orefm.)

Defendants' Motions for Reconsideration regarding Attorneys' Fees **[#114 and #130]**

____ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this <u>1st</u> day of <u>December, 2004</u> at Bridgeport, Connecticut.

_____
Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE