```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

                  Miscellaneous Calendar

           Honorable Alan H. Nevas, U. S. D. J.
                   915 Lafayette Boulevard
                         Bridgeport
                        Courtroom #3

                      January 4, 2005

                         2:00 p.m.
```

CASE NO. **3-02-cv-1189**    **Fago v City of Hartford, et al**

Charles L. Howard
Derek L. Mogck
Gregg Peter Goumas
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

James Brewer
Erin I. O'Neil-Baker
Alyssa Vigue
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Jennifer L. Dixon
Joseph W. McQuade
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

John P. Shea, Jr.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK