UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | September 10, 2004 |

### SUPPLEMENTAL SUBMISSION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT'S RULING ON PLAINTIFF'S MOTION FOR REVIEW OF DEFENDANTS' ATTORNEY'S FEES

Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (the "City Defendants") provide this supplemental submission to their Motion for Reconsideration, dated August 6, 2004. In connection with this submission, the City Defendants respectfully state as follows:

1.  In their Motion for Reconsideration the City Defendants ask the Court to reconsider its ruling on plaintiff's Motion for Review of Defendants' Attorneys Fees ("Motion for Review"), dated February 25, 2004. The Court granted plaintiff's Motion for Review "absent opposition" on May 26, 2004.

2.      As discussed in their Motion for Reconsideration, the City Defendants in fact provided a written opposition to plaintiff's Motion for Review as part of their March 2, 2004 Memorandum in Opposition to plaintiff's Motion for Extension of Time to Submit Motion for Review of Defendants' Attorney's Fees <u>Nunc Pro Tunc</u> ("Memorandum in Opposition"). By letter dated March 17, 2004, the City Defendants advised the Court that their Opposition to plaintiff's Motion for Review was contained in their March 2 Memorandum in Opposition, attached at Tab 1. The City Defendants inadvertently failed to submit the March 17 letter in support of their Motion for Reconsideration and apologize to the Court for any inconvenience.

WHEREFORE, the City Defendants request that their August 6, 2004 Motion for Reconsideration be granted.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By /s/ Charles L. Howard
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Supplemental Submission was sent by U.S. Mail, postage prepaid, this 10th day of September 2004, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

James S. Brewer, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06120

Gregg P. Goumas

381249 v.01 S1

4

# TAB 1

**Shipman &
Goodwin** LLP
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Gregg P. Goumas
Phone: (860) 251-5521
Fax: (860) 251-5599
ggoumas@goodwin.com

March 17, 2004

The Honorable Alan H. Nevas
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

> Re:   *Fago v. City of Hartford, et al.*
>       Civil Action No. 3:02-cv-1189 (AHN)(HBF)

Dear Judge Nevas:

On February 24, 2004, plaintiff filed a Motion for Extension of Time to Submit Motion for Review of Attorneys' Fees *Nunc Pro Tunc* [Doc. #81] along with a separate Motion for Review of Defendants' Attorneys' Fees [Doc. #85]. Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele responded to both of these motions in their March 2, 2004 filing entitled Defendants' Memorandum in Opposition to Motion for Extension to Submit Motion for Review of Defendants' Attorney's Fees *Nunc Pro Tunc* [Doc. #82]. The Court granted plaintiff's Motion for Extension of Time on March 9, 2004 [Doc. #84].

Defendants are writing to make the Court aware that their response to plaintiff's Motion for Review of Defendants' Attorneys' Fees is contained in their March 2, 2004 filing [Doc. #82].

Sincerely,

Gregg P. Goumas

cc:   The Honorable Holly B. Fitzsimmons
      Erin I. O'Neil, Esq.
      Joseph W. McQuade, Esq.

Hartford          Stamford          Lakeville          Greenwich