UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MICHAEL FAGO**　　　　　　　　　　　**APPEARANCE**

**VS.**

　　　　　　　　　　　　　　　　　　　Case Number: 3:02CV1189 (AHN)

**CITY OF HARTFORD, ET AL**

To the Clerk of this court and all parties of record:

　　　Enter my appearance as counsel in this case for: PLAINTIFF, MICHAEL FAGO

**March 15, 2005**

| | |
|---|---|
| _____ | _____ |
| Date | Signature |
| ct13120 | |
| | ___NORMAN A. PATTIS___ |
| _____ | |
| Connecticut Bar Number | Print Clearly or Type Name |
| | |
| 203-393-3017 | 649 Amity Road, P.O. Box 280 |
| Telephone Number | Address |
| | |
| 203-393-9745 | Bethany, CT 06524 |
| Fax Number | |
| | |
| napatti1@aol.com | |
| E-mail address | |

**CERTIFICATE OF SERVICE**

　　　This is to certify that the foregoing Appearance was mailed on March 15, 2005   to the parties listed on the attached list of parties of record.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NORMAN A. PATTIS

Erin I. O'Neil-Baker
41-A New Londong Turnpike
Glastonbury, CT 06833
Email: erinoneilbaker@hotmail.com

Charles L. Howard
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919
860-251-5616
Fax: 860-251-5699
Email: choward@goodwin.com

Derek L. Mogck
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919
860-251-5616
Fax: 860-251-5699
Email: dmogck@goodwin.com

Gregg Peter Goumas
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919
860-251-5616
Fax: 860-251-5699
Email: ggoumas@goodwin.com

Jennifer L. Dixon
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106
860-493-0873
Email: jdixon@kemlaw.com

Joseph W. McQuade
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106
860-493-0873
Email: jmcquade@kemlaw.com

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103-2205
860-541-2077
Fax: 860-713-8944
jshea@sabiahart.com