FILED
2005 APR -4 P 2:34
U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO              :    CIVIL ACTION NO.
        Plaintiff,           :    3:02CV1189 (AHN)
                             :
v.                           :
                             :
CITY OF HARTFORD, ET AL.     :
        Defendants.          :    MARCH ___, 2005
                             :

4/5/20 05 APPROVED
ALAN H. NEVAS, U.S.D.J.
SO ORDERED

STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS PATRICK JOBES AND ROBERT RUSSELL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Defendants hereby voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice as to Defendants Patrick Jobes and Robert Russell and without costs and attorneys' fees to Plaintiff and Defendants Jobes and Russell.

PLAINTIFF,
MICHAEL J. FAGO

By_____
Norman A. Pattis, ct13120
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524
(203) 349-4448 (telephone)
(860) 349-2484 (fax)
His Attorney

Date:_28,0 3_____

FILED
2005 APR -4 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT CONN

DEFENDANTS,
PATRICK JOBES, ROBERT RUSSELL,
and NANCY MCCLURE

By_____
Joseph W. McQuade, ct12121
Jennifer Lian Dixon, ct15914
Kainen, Escalera & McHale, P.C.
Hartford, CT 06106
(860) 493-0870 (telephone)
(860) 493-0871 (fax)
Their Attorneys

Date: 4/4/05