UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO, : | |
|     Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02-cv-1189 (AHN) |
| vs. : | |
| : | |
| CITY OF HARTFORD, ET AL. : | |
|     Defendants. : | April 7, 2005 |

### RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Order of this Court and Rule 56 of the Federal Rules of Civil Procedure, Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele hereby renew their Motion for Summary Judgment, dated April 30, 2004. By Order dated March 30, 2005 [#148], the Court denied defendants' Motion for Summary Judgment with leave to re-file following the April 4, 2005 Status Conference.

    In support of their Motion, defendants rely upon and refer the Court to their previously filed Memorandum of Law, Local Rule 56(a)1 Statement and Appendices A through D to their Motion for Summary Judgment, and their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

    WHEREFORE, defendants request that judgment enter in their favor as a matter of law for the reasons discussed in their Motion for Summary Judgment.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANTS
CITY OF HARTFORD, BRUCE
MARQUIS, KEVIN JONES, MARK
PAWLINA, JOSEPH BUYAK, MARK
RUDEWICZ and STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5699
Their Attorneys

## **CERTIFICATION OF SERVICE**

  I hereby certify that a copy of the foregoing Motion for Summary Judgment was sent by U.S. Mail, postage prepaid, this 7th day of April 2005, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

With Chambers Copy to:

The Honorable Alan H. Nevas
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

399446 v.01 S1