UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | April 7, 2005 |

## DEFENDANTS' RENEWED JOINT MOTION TO STRIKE

Defendants City of Hartford ("City"), Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and Nancy McClure respectfully renew their Motion to Strike portions of the Affidavits of Michael Fago and Daniel Albert submitted in opposition to defendants' Motions for Summary Judgment because many of the statements contained therein are conclusory and/or not based on the affiant's personal knowledge. The Joint Motion to Strike was originally filed on September 2, 2004 and was denied by Order dated March 30, 2005 [#148] with leave to re-file following the April 4, 2005 Status Conference. Defendants' refer the Court to their previously filed Motion to Strike and Memorandum of Law in support thereof, both dated September 2, 2004.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214
Their Attorneys

DFENDANTS,
PATRICK JOBES, ROBERT RUSSELL and
NANCY MCCLURE

By _____ / y permission
Joseph W. McQuade
Federal Bar No. CT 12121
Kainen, Escalera & McHale, PC
21 Oak Street, Suite 601
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Renewed Joint Motion to Strike was sent by U.S. Mail, postage prepaid, this 7th day of April 2005, to:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Chambers Copy to:

The Honorable Alan H. Nevas
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Gregg P. Goumas

380457 v.01 S1

3