UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1189 (AHN)(HBF) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | April 18, 2005 |

## DEFENDANTS' RENEWED JOINT MOTION FOR SANCTIONS

Pursuant to Order of this Court, 28 U.S.C. § 1927, Federal Rule of Civil Procedure 30, Local Rule of Civil Procedure 16(g)(1), and the inherent power of this Court, Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and Nancy McClure respectfully renew their Joint Motion for Sanctions against plaintiff's former counsel, James S. Brewer, dated April 2, 2004. In support of their Renewed Motion, the Defendants state as follows:

1.  On or about April 2, 2004, the above named defendants filed a Motion for Sanctions against plaintiff's then legal counsel, James S. Brewer, in connection with his conduct during the continued deposition of the Plaintiff. The Motion for Sanctions was subsequently referred to the Honorable Holly B. Fitzsimmons for consideration.

**ORAL ARGUMENT IS REQUESTED**

      2.    On March 8, 2005, the Court denied the Motion for Sanctions with Leave to Renew.

      3.    In support of this Renewed Motion, the defendants rely upon the Memorandum filed with their original Motion for Sanctions, both of which are dated April 2, 2004.

      4.    In accordance with the attached Certification of Service, a copy of this Renewed Motion has been served on Mr. Brewer, through his counsel, Attorney Norman Pattis.

      WHEREFORE, for the reasons discussed in the Motion in support of their Motion for Sanctions, defendants request that their Motion be GRANTED.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5214
Their Attorneys


DFENDANT,
NANCY MCCLURE

By _____ /w permission MPM
Joseph W. McQuade
Federal Bar No. CT 12121
Kainen, Escalera & McHale, PC
21 Oak Street, Suite 601
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing RENEWED JOINT MOTION FOR SANCTIONS was sent by U.S. Mail, postage prepaid, this 18th day of April 2005, to:

Courtesy Copy to:

The Honorable Alan H. Nevas
United States District Court
815 Lafayette Blvd.
Bridgeport, CT 06604

The Honorable Holly B. Fitzsimmons
United States District Court
815 Lafayette Blvd.
Bridgeport, CT 06604

Counsel for the **Plaintiff** and **James S. Brewer**:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Former counsel:

Erin I. O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

Gregg P. Goumas

400570 v.01 S1