UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1189 (AHN)(HBF) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | April 18, 2005 |

### RENEWED MOTION TO COMPEL
### PAYMENT OF EXPERT WITNESS FEES AND
### ATTORNEYS' FEES FROM PLAINTIFF OR HIS FORMER COUNSEL

Pursuant to Order of this Court and Federal Rules of Civil Procedure 26(b)(4), 37(a)(2) and (4) and Local Rule 37(a)(4), Defendants, City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (hereinafter "Defendants") respectfully renew their Motion to Compel Plaintiff or his former counsel, James S. Brewer and/or Erin I. O'Neil, to reimburse the defendants for the $900.00 in expenses for expert witness fees they incurred as a result of plaintiff's last-minute cancellation of the deposition of defendants' expert witness, Frank Stoll, PhD. In support of their Renewed Motion to Compel and for Attorneys' Fees, defendants state as follows:

**ORAL ARGUMENT IS REQUESTED**

1.  On or about March 31, 2004, the above named defendants filed a Motion to Compel payment for expert witness fees and for Attorneys' Fees **[Doc. #89]** in connection with plaintiff counsel's last minute cancellation of the scheduled deposition of Dr. Frank Stoll, whom defendants had disclosed as a potential expert witness. As detailed in the Memorandum in Support of their Motion to Compel, defendants made extensive efforts to resolve the issue without the filing of the motion to compel all of which were rebuffed by Plaintiff's counsel. By Order docketed December 3, 2004, the Motion to Compel was referred to the Honorable Holly B. Fitzsimmons.

2.  On March 8, 2005, the Court (Fitzsimmons, U.S.M.J.) denied the Motion to Compel and for Attorneys' Fees with Leave to Renew when counsel is available for oral argument.

3.  In support of this renewed motion, the defendants rely upon the Memorandum filed with their original Motion to Compel, both of which are dated March 31, 2004.

4.  In accordance with the attached Certification of Service, a copy of this Motion has been served on Plaintiff's former counsel.

WHEREFORE, for the reasons discussed in the Memorandum in support of their Motion to Compel and for Attorneys' Fees from Plaintiff's Former Counsel, defendants request that their Motion be GRANTED.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5214
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Renewed Motion to Compel and for Attorneys' Fees from Plaintiff or his Former Counsel** was sent by U.S. Mail, postage prepaid, this 18th day of April 2005, to:

Counsel for **Defendant McClure**:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

Counsel for the **Plaintiff and James S. Brewer**:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Erin I. O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

Courtesy Copy to:

The Honorable Holly B. Fitzsimmons
United States District Court
815 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas