UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1189 (AHN)(HBF) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | April 18, 2005 |

## RENEWED OBJECTION TO PLAINTIFF'S MOTION FOR REVIEW OF DEFENDANTS' REQUEST FOR ATTORNEYS' FEES, OR, IN THE ALTERNATIVE, REQUEST FOR ARTICULATION

Defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele (the "City Defendants") respectfully renew their Objection **[Doc. #82]** to Plaintiff's Motion for Review of Defendants' Attorneys' Fees, dated March 1, 2004.[1] In the alternative, should the Court adhere to its Ruling **[Doc. #110]** granting Plaintiff's Motion for Review of Attorneys' Fees, the City Defendants request that

---

[1] Defendants' objection is actually captioned "Defendants' Memorandum in Opposition to Motion for Extension to Submit Motion for Review of Defendants' Attorneys' Fees *Nunc Pro Tunc*."

**ORAL ARGUMENT IS REQUESTED**

the Court articulate the exact amount of the fee that they are awarded.[2] In support of their renewed motion, or, in the alternative, request for articulation, the City Defendants respectfully state as follows:

1.   On December 31, 2003 the Court granted defendants' Motion to Compel [**Doc. # 50**] the continuation of plaintiff's deposition and for sanctions against plaintiff's counsel, James S. Brewer.  The Court's Order [**Doc #78**] also directed defense counsel to submit to plaintiff a statement of fees and costs.   On January 30, 2004, defense counsel provided plaintiff with a bill claiming fees in the amount of $2,803.50. If plaintiff objected to the amount of City Defendants' fees, according to the Court's Order, plaintiff was to file an objection with the Court within ten (10) days of receipt of the statement.

2.   On February 25, 2004, plaintiff filed a Motion for Extension of Time to Submit a Motion for Review of Defendants' Attorney's Fees *Nunc Pro Tunc* ("Motion for Extension of Time"), along with its Motion for Review [**Doc. # 81**].  The City Defendants'

---

[2] As discussed *infra*, the Court has already granted the City Defendants' Request for Reconsideration but has not yet reconsidered its May 26, 2004 Ruling on the merits.

2

statement of fees is attached as an Exhibit to Plaintiff's Motion for Review. In the Motion for Review, Attorney Brewer seeks to have the fee application reduced but does not propose an alternative dollar amount.

3. On March 2, 2004, the City Defendants filed a Memorandum in Opposition to Plaintiff's Motion for Extension of Time, which also included their substantive opposition to plaintiff's Motion for Review [**Doc # 82**]. See Doc. #82 at 5-7.

4. On March 9, 2004, the Court granted plaintiff's Motion for Extension of Time. Thereafter, by letter dated March 17, 2004, the City Defendants' advised the Court that their substantive opposition to Plaintiff's Motion for Review was contained in their Memorandum in Opposition. See Tab 1 to City Defendants' Supplemental Submission to Motion for Reconsideration, filed September 16, 2004 [**Doc. #130**].

5. On May 26, 2004, the Court granted plaintiff's Motion for Review "Absent Opposition" (the "May 26 Order"). However, the May 26 Order was not docketed until August 2, 2004 [**Doc. #110**].[3] The May 26 Order did not specifically state the amount of fees

---

[3] Although the Court granted plaintiff's Motion for Review, it did not specify the amount of the fee award.

3

the City Defendants were to receive. As discussed above, despite the Court's order granting plaintiff's motion "absent opposition", the City Defendants had, in fact, included a substantive opposition to plaintiff's Motion for Review as part of their March 2nd Memorandum in Opposition.

6. On August 9, 2004, the City Defendants filed a Request for Reconsideration [**Doc. #114**] of the Court's May 26 Order. The Court (Fitzsimmons, U.S.M.J.) granted the Request for Reconsideration on March 10, 2005.

WHEREFORE, having reconsidered its previous order granting Plaintiff's Motion for Review "absent opposition," the City Defendants respectfully request that the Court consider their substantive opposition to Plaintiff's Motion for Review of Attorney's Fees that is contained in their Memorandum in Opposition [**Doc. #82**], deny Plaintiff's Motion for Review of Attorney's Fees, and award the City Defendants their fees in the full amount of $2,803.50.[4] In the alternative, if the Court decides to adhere to its original ruling granting

---

[4] To date, Attorney Brewer has not paid the City Defendants' any fees in connection with Judge Fitzsimmons' sanctions Order.

4

Plaintiff's Motion for Review of Attorneys' Fees, the City Defendants request that the Court articulate the exact amount of the fee they are awarded. A copy of this Motion has been served upon Attorney Brewer through his counsel, Attorney Norman A. Pattis.

THE DEFENDANTS
CITY OF HARTFORD, BRUCE MARQUIS,
KEVIN JONES, MARK PAWLINA,
JOSEPH BUYAK, MARK RUDEWICZ and
STEPHEN MIELE

By _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5214
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing RENEWED OBJECTION TO PLAINTIFF'S MOTION FOR REVIEW OF DEFENDANTS' REQUEST FOR ATTORNEYS' FEES, OR, IN THE ALTERNATIVE, REQUEST FOR ARTICULATION was sent by U.S. Mail, postage prepaid, this 18th day of April 2005, to:

Counsel for **Defendant McClure**:

Joseph W. McQuade, Esq.
Jennifer L. Dixon, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

Counsel for the **Plaintiff** and **James S. Brewer**:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Erin I. O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

Courtesy Copies to:

The Honorable Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

The Honorable Alan H. Nevas
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas