FILED

2005 MAY -2  P 12: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | No. 3:02CV01189 (AHN) |
| VS. | : | |
| CITY OF HARTFORD, ET AL | : | April 28, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY _____
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

## **CERTIFICATION**

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Norman A. Pattis
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06833

Alyssa S. Vigue
15 Knoll Lane
Simsbury, CT 06089

Raun M. Marlin
P.O. Box 52
Rocky Hill, CT 06067

Charles L. Howard
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

Derek L. Mogck
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

Gregg Peter Goumas
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

Jennifer L. Dixon
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

Joseph W. McQuade
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106