UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | NO.: 3:02CV1189(AHN) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL., | : | |
| DEFENDANTS. | : | April 29, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC. The plaintiff's case is under the supervision of trustee Diane Polan.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,

MICHAEL FAGO


BY:_____
Erin O'Neil-Baker
41A New London Tpke
Glastonbury, CT 06033
Federal Bar #ct 23073
Tel.: (860)466-4278
Fax: (860) 466-4279
erinoneilbaker@yahoo.com

## **CERTIFICATION**

 I hereby certify that a copy of the foregoing was mailed, postage prepaid, this April 29, 2005, to the following:

Charles L. Howard
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph W. McQuade
Jennifer L. Dixon
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Courtesy Copy to:
Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

                _____
                   Erin O'Neil-Baker