UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | |
| | : | |
| v. | : | 3:02cv1189)AHN)(HBF) |
| | : | |
| CITY OF HARFTORD, ET AL. | : | JUNE 6, 2005 |

## MOTION FOR RECONSIDERATION

The plaintiff, Michael Fago, respectfully requests that this Court reconsider its ruling of May 25, 2005, granting the defendant's Motion for Sanctions, docket 155, and Motion to Compel, docket 156. In support hereof, the undersigned represents as follows:

1. I am successor counsel for the plaintiff to Attorney James S. Brewer in this action.

2. These motions were initially filed in April 2004 and were pending on the docket when I filed my appearance.

3. At a pretrial in March 2005 which I attended, these motions were discussed and the defendants were given an opportunity to refile the motions.

4. The defendants did refile the motions in April 2005.

5. At the March 2005 pretrial I was under the impression that I would be given 45 days to respond to any motions, if I thought a supplemental response was necessary.

6. Upon review of the pleadings filed in April 2005, I determined that no supplemental response was necessary and that I would rely on prior filings.

7. I took no steps to notify the Court of this reliance, and erred in so doing.

8. I am requesting that this Court find my failure to make such notification excusable neglect, and reconsider the motions on the merits, and in light of the opposition previously filed.

9. I have discussed this request with counsel for the defendants, and he does not object.

                THE PLAINTIFF

                By_____
                  NORMAN A. PATTIS
                  649 Amity Road
                  Bethany, CT 06524
                  203.393.3017
                  203.393.9745
                  ct13120

## **CERTIFICATION**

_____The foregoing was mailed this 6th day of June, 2005, to the following counsel of record:

Charles L. Howard
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Derek L. Mogck
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Gregg Peter Goumas
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Jennifer L. Dixon
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

Joseph W. McQuade
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103-2205

                                                                              _____
                                                                                NORMAN A. PATTIS