UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO | : | |
| | : | |
| v. | : | 3:02cv1189)AHN)(HBF) |
| | : | |
| CITY OF HARTFORD, ET AL. | : | JUNE 6, 2005 |

### RENEWED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

      The defendants in the captioned case have renewed certain motions previously filed with the court. The plaintiff herewith renews his opposition to each of the defendants/ motions. In particular:

1. The defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele, have renewed their prior motion and reply brief by way of a pleading bearing docket entry 152. The plaintiff herewith renews his previously filed opposition to that motion.

2. The defendants renewed a motion to strike by way of a pleading bearing docket entry 153. The plaintiff herewith renews his previously filed opposition to that pleading.

3. Defendant Nancy McClure renewed her motion for summary judgment by way of a pleading bearing docket entry 154. The plaintiff herewith renews his previously filed opposition to that pleading.

_____

THE PLAINTIFF

By_____
         NORMAN A. PATTIS
         649 Amity Road
         Bethany, CT 06524
         203.393.3017
         203.393.9745
         ct13120

## **CERTIFICATION**

_____The foregoing was mailed this 6th day of June, 2005, to the following counsel of record:

Charles L. Howard
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Derek L. Mogck
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Gregg Peter Goumas
Shipman & Goodwin
One Constitution Plaza
Hartford, CT06103-1919

Jennifer L. Dixon
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

Joseph W. McQuade
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103-2205

                                                                                                  _____

                                                                                                   NORMAN A. PATTIS