UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. FAGO,<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:02-CV-1189 (AHN)<br>: |
| vs. | :<br>: |
| CITY OF HARTFORD, et al.<br>Defendants. | :<br>: August 23, 2005 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that his appearance in the above matter be withdrawn as counsel for the City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz and Stephen Miele. As of Friday, August 26, 2005, the undersigned will no longer be associated with the law firm of Shipman & Goodwin LLP. Attorney Charles L. Howard will remain as counsel for the foregoing defendants.

WHEREFORE, the undersigned respectfully requests that his motion be granted.

By _____
Gregg P. Goumas
Federal Bar No. 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing motion was sent by U.S. Mail, postage prepaid, this 22rd day of August 2005, to:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Gregg P. Goumas

411070 v.01 S1