UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. FAGO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1189 (AHN) |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | AUGUST 26, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the Defendants, City of Hartford, Bruce

Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, and Stephen Miele, in

addition to any appearance already on file in the above-captioned matter.

THE DEFENDANTS
CITY OF HARTFORD; BRUCE MARQUIS;
KEVIN JONES; MARK PAWLINA;
JOSEPH BUYAK; MARK RUDEWICZ;
STEPHEN MIELE

By: _____
Leander Altifois Dolphin
Federal Bar No. ct26636
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5709
Fax: (860) 251-5214
Email: ldolphin@goodwin.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was served by U.S. Mail, postage prepaid, this 26th day of August, 2005, to:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis
Post Office Box 280
Bethany, CT 06524

Leander Altifois Dolphin

411407 v.01