UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. FAGO

       v                                  3:02cv1189 (AHN)

CITY OF HARTFORD,
BRUCE MARQUIS, KEVIN JONES,
MARK PAWLINA, JOSEPH BUYAK,
MARK RUDEWICZ, STEPHEN MIELE,
NANCY MCCLURE, PATRICK JOBES
ROBERT RUSSELL

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and Nancy McClure's renewed motions for summary judgment.

The Court heard oral argument on February 22, 2006 and has reviewed all of the papers filed in conjunction with the motions. On March 31, 2006 rulings on defendants' Renewed Motions for Summary Judgment were entered by the Court granting defendants' motions.

On April 4, 2005 a Stipulation of Dismissal with Prejudice as to defendants Patrick Jobes and Robert Russell was filed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants City of Hartford, Bruce Marquis, Kevin Jones, Mark Pawlina, Joseph Buyak, Mark Rudewicz, Stephen Miele and Nancy McClure and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of April 2006.

                                                  KEVIN F. ROWE, CLERK

                                                  By   /s/ Alice Montz
                                                              Deputy Clerk

Entered on Docket _____